UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 21 A 11: 56

US DISTRICT COURT
BRIDGEPORT CT

EDWARD W. ORR

VS.                                  :   C.A. No.: 3:02cv1457 (SRU)

RELIANCE STANDARD
LIFE INSURANCE COMPANY

FILED:   November 20, 2003

## MOTION FOR CONTINUANCE

Reliance Standard Life Insurance Company, by and through its attorney, hereby requests a continuance of the hearing on the motion for summary judgment scheduled for **Wednesday, December 10, 2003 at 2:00 p.m.** because Attorney Stewart is involved in a binding arbitration hearing to be heard all day in Providence, Rhode Island. That matter involves a motor vehicle accident which occurred on February 17, 1996 and the parties have been waiting for almost eight years to be heard.

A. Alan Sheffy, Esq., attorney for the plaintiff, does not object to this motion, but he cannot consent.

Respectfully submitted,
Reliance Standard Life Insurance Company
By its attorney

Gary N. Stewart   (CT 15177)
Macioci, Fisher & Stewart
130 Touro Street
Newport, RI  02840
(401) 846-4700
FAX: (401) 847-9116

## CERTIFICATION

Copy forwarded to A. Alan Sheffy, Esq., Rosenblatt, Sheffy & Mazzaccaro, LLP, 35 North Main Street, Southington, CT 06489, this date: *by facsimile and regular mail*

Dated: 11-19-03