JS-10                                        02cv1457mins

TOTAL TIME: 1 hours 20 minutes    HONORABLE Stefan Underhill
DEPUTY CLERK Mertz    RPTR/ERO/TAPE Catucci

DATE 12-3-03    START TIME 2:10    END TIME 3:30
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. 3:02cv1457(SRU)

Orr
  vs.
Reliance Standard

Alan Sheffy
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Gary Stewart
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrg.) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| # | Motion | granted | denied | advisement |
|---|--------|---------|--------|------------|
| #9 | for Summary Judgment | ☐ | ☒ | ☐ |
| #11 | for Summary Judgment | ☐ | ☐ | ☒ |

Oral Motion ____
Oral Motion ____
Oral Motion ____
Oral Motion ____

☐ Brief(s) due ____    ☐ Proposed Findings due ____    Response due ____

☐ filed ☐ docketed (×10)

____ Hearing continued until ____ at ____