# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Orr
v.
Reliance Standard

CASE NUMBER: 3:02cv1457 (SRU)

PRESIDING JUDGE: Stefan Underhill
PLAINTIFF'S ATTORNEY: Alan Sheffy
DEFENDANT'S ATTORNEY: Gary Stewart

TRIAL DATE(S): 12-3-03
COURT REPORTER: Sue Caturci
COURTROOM DEPUTY: Alice Montz

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12-3-03 | | | Ltr from Asylum Hill Family Practice 5-28-03 |
| | | | | | A____ 12/3/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages