UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

December 22, 2003

11:30 a.m.

STATUS CONFERENCE HELD
DATE: 12/22/03

CASE NO. **3:02cv1457**   **Orr v Reliance Standard Ins.**

A. Alan Sheffy
Rosenblatt & Sheffy
35 N. Main St.
Southington, CT 06489


Gary N. Stewart
Macioci, Fisher & Stewart
130 Touro St.
Newport, RI 02840


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK