UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD W. ORR

v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY

CIVIL ACTION
NO. 3:02CV1457 (SRU)

RULING AND ORDER

The plaintiff's cross-motion for summary judgment (doc. # 11-1) is hereby denied.

This case is scheduled for trial, which the court anticipates will consist primarily of expert testimony regarding the interpretation and significance of the plaintiff's medical records, on January 14, 2004, at 9:30 a.m. Counsel for both parties shall attend a pretrial conference in this case at 11:00 a.m. on January 9, 2004. On or before January 6, 2004, counsel shall confer regarding the witnesses they anticipate calling at trial, the exhibits they intend to introduce at trial, and any stipulations of fact and law (including stipulations of admissibility of the administrative record and other exhibits) that they can reach in order to make trial more efficient.

The court intends to treat the parties' briefing of the summary judgment motions as the trial briefs in this matter and does not intend to receive post-trial briefs. Should any party wish to supplement his/its summary judgment briefs for purposes of trial, he/it may do so by filing a pre-trial brief on or before January 7, 2004.

Motions to amend the foregoing schedule will be considered only for good cause.

It is so ordered.

Dated at Bridgeport, Connecticut, this 23rd day of December 2003.

/s/ Stefan R. Underhill
United States District Judge