Enclosures: Standard twelve-part attachment (253 pages) per Dr. Guerrera's office, as shown below

| PART # | DESCRIPTION | # OF PAGES |
|---|---|---|
| 1 | Employer/Insurer's initial report | 1 |
| 2 | Employer DOT | 9 |
| 3 | Dr. Steele | 1 |
| 4 | Dr. Khawaja | 7 |
| 5 | Dr. DeNayer | 58 |
| 6 | Dr. Kost | 1 |
| 7 | Dr. Kaplan | 33 |
| 8 | Dr. Maroon | 2 |
| 9 | Dr. LoDico | 38 |
| 10 | Invasive tests | 14 |
| 11 | Drs. Pilon/Galbraith | 1 |
| 12 | Drs. Woodard/Guerrera | 88 |

cc: Dr. Mary P. Guerrera
Reliance Standard Insurance Company, Mr. Roderick Williams
Medspan, Mr. Levasseur

Cover letter: Page 9 of 9
Attachment page-count: 253

## LETIZIA, AMBROSE & COHEN, P.C.

Attorneys at Law

One Church Street, New Haven, Connecticut 06510
Tel (203) 787-7000 Fax (203) 787-7001
letizialaw.com

June 1, 2000

Joseph A. Mazzaccaro, Esq.
Elliott, Stanek, Mazzaccaro & Sciota, P.C.
98 Main Street
P.O. Box 578
Southington, CT 06489

Re: Edward Orr and BYK-Chemie USA

Dear Attorney Mazzaccaro:

Enclosed please find a copy of Mr. Orr's personnel file, as well as workers' compensation and other miscellaneous documents. Please note we have excluded attorney/client and work product documents. Please do not hesitate to contact me if you have any questions. Thank you.

Very truly yours,

Agnar Elisco

Agna R. Elisco
Legal Assistant

enclosure

---

**WORKERS COMPENSATION COMMISSION OF CONNECTICUT**

**EMPLOYER'S FIRST REPORT OF OCCUPATIONAL INJURY OR DISEASE**

Last Name: Orr  First Name: Edward  SSN: 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

Address: 656 Atwater Street
City: Plantsville  State: CT  Zip: 06479

Phone: 671-1173  Date of Birth: 3-11-57  Age: 38  Sex: M

Employer: Ceale USA Div of Alcana Inc
P.O. Box 5610, Wallingford, CT 06492
524 South Cherry Street, Wallingford, CT 06492

Nature of Business: Manufacturer of Paint Additives
Occupation: Senior Product Manager
Department: Technical
Date of Hire: 2-1-88

Insurer: The Hartford
Policy Number: 17UBCV6340
Weekly wage at time of injury: $2857.70
Biweekly wage $2857.70

Date and Time of Injury: 10-25-95, 11 am

Place of Injury: 184 Hartford, CT area

Description: Returning from a business trip in the Chicago, IL area. Ed arrived at Bradley Int'l Airport, Windsor Locks, CT where his wife picked him up. While they were traveling home from the airport, they were involved in a serious automobile accident in the Hartford, CT area.

Exact nature of injury: automobile accident
Part of body affected: Back/Neck Injury
Hospital: Hartford Hospital, Hartford, CT

Date Employer Notified: 10-26-95

LAW OFFICES
ELLIOTT, STANEK, MAZZACCARO & SCIOTA, P.C.
98 MAIN STREET
P.O. BOX 578
SOUTHINGTON, CT 06489

STEPHEN K. ELLIOTT (1939-1990)
ROBERT S. STANEK
JOSEPH A. MAZZACCARO
MARK J. SCIOTA

TELEPHONE 628-5545
AREA CODE 860
FAX NO. 628-6248

March 1, 2000

MEDSPAN
225 Asylum Street, 10th Flr
Hartford, CT 06103

Re:   My Client/Your Insured:  Edward Orr
      Date of Loss:             10/25/95
      Ident:                    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
      Group:                    Byk-Chemie USA

Dear Mr. Levasseur:

As you know this office represents Edward Orr of Southington, Connecticut.

Our client has brought to our attention that several medical bills, which are required to be paid by your company under the insurance contract, remain unpaid. It is also my understanding that Mr. Orr was informed by your company that the reason for said nonpayment is because the bills are due to a worker's compensation related matter. As you may or may not be aware, the worker's compensation carrier is refusing to pay these bills because it claims that they are not due to the worker's compensation matter.

It is imperative that your company cover these bills while the Commissioner of the Worker's Compensation decides whether or not these bills are indeed worker's compensation related. It is my understanding that if the Commissioner concludes that they are work related bills, then your company will be fully reimbursed by the worker's compensation carrier.

If you have any questions, please contact me immediately.

Very truly yours,

Mark J. Sciota

MJS/kjs

# A. ARTHUR STEELE, M.D.
## Primary Care
### Internal Medicine, Endocrinology & Metabolism

July 14, 1999

Re: Edward Orr

To Whom It May Concern:

Mr. Edward Orr has seen me and I have assisted him in reaching a diagnosis of spinal stenosis with both discogenic and vertebral bony disease, which is a consequence of a motor vehicle accident sustained by the patient back in 1995. The patient was symptom free before that and has been steadily symptomatic ever since. At this point, the patient needs to think over whether he wishes to risk surgery for the spinal stenosis and we have to await his determination about that. In the mean time, the other recommendation given by the neurosurgeon would be for the patient to be complete bed rest for 6 to 10 weeks, which is both hard to do and obviously quite radical in terms of lifestyle.

In any case, this patient at this point has a significant disability in his back which began with the motor vehicle accident and has continued to the present time and which will not spontaneously get better by itself, if the patient continues his usual activities of daily living.

Sincerely,

A. Arthur Steele M.D., F.A.C.E.
AAS/cjp



Fellow • American College of Endocrinology
Fellow • American College of Physicians

Staunton Medical Center, 42 Lambert Street, Suite 414, Staunton, VA 24401  540-886-4866  FAX: 540-886-4194

**YOUSSEF KHAWAJA, M.D.**
16 CORNERSTONE CT
PLANTSVILLE, CT 06479-1551

(860) 621-6134

DEA# BK0758776

NAME: Edmund Orr

ADDRESS: _____  AGE: ___

DATE: 6-13-99

℞ To whom it may concern

Mr. Orr is still suffering from bilateral piriformis syndrome with sciatic irritation. He continues to have physical therapy and is expected to improve in the course of coming 4 1/2 / 6 months.

Sincerely,

Refill _____ times

(Signature)

A generic equivalent medication should be dispensed unless the physician writes "Dispense As Written."

# REQUEST FOR OUTPATIENT SERVICES - SOUTHINGTON DIAGNOSTIC CENTER

New Britain General / BRADLEY MEMORIAL HOSPITAL And Health Center, Inc.
CT Laboratory License Number HP-0222, HP-0240

## MD INFORMATION
Marie Anne Denayer, MD 8545
(BMH 568) 360-8 N. Main St.
Southington, CT 06489
PHONE: 276-3857

## PATIENT INFORMATION
PATIENT NAME: ORR, Edward
DATE OF BIRTH: 3/11/57
DIAGNOSIS/SYMPTOMS: Occipital Neuralgia / Sciatic Neuropathy Neuropathy

DATE TO BE DRAWN: 9-27-99
Time: 1:10

Accession: M36863
89/27 1638
Fax: 841688
ORR, EDWARD V

Signature date: 9/27/99

### PANELS
- Comprehensive Metabolic Panel
- Basic Metabolic Panel
- Hepatic Function Panel
- Electrolyte Panel
- Glucose Tolerance Test
- Lipid Panel
- Maternal Serum Screen
- Prenatal Panel Female
- Prenatal Panel Male

### TESTS
- ABO & Rh (blood) 86901 — BBNK
- Acid Phosphatase 84060 — ACP
- AFP, non-maternal 82105 — AFP
- Alkaline Phosphatase 84075 — ALKP
- Amylase 82150 — ALK
- ALT/SGPT 84460 — ALT
- AST/SGOT 84450 — AST
- ANA 86038 — ANA
- Bilirubin Direct 82248 — DBIL
- Bilirubin Total 82247 — TBIL
- BUN 84520 — BUN
- CBC 85025 — CBC + Platelets
- CA 125 86316 — CA125
- Calcium 82310 — CA
- CEA 82378 — CEA
- Cholesterol 82465 — CHOL
- Creatine Kinase, CK w/isos 82550 — CK
- Creatinine 82565 — CREAT
- CO2 82374 — CO2
- Cyclosporin 80162 — CO2
- Digoxin 80162 — DIG
- HDL/LDL 80162 — HDLD
- Lithium 82870 — LITH
- Ferritin 82728 — FER
- Follicle Stimulating Hormone/FSH 83001 — FSHH
- Glucose 82947 — GLUC
- Glucose 82950 (1 hr Post Glucose) — GLU1P
- Glycohemoglobin A1c 83036 — GLYCOB
- HCL 82374 — HDL

### TESTS (continued)
- Helicobacter Ab 86677 — HELIAB
- Hematocrit 85014 — HCT
- Hemoglobin 85018 — HGB
- Hepatitis A Ab IGM 86709 — HAIGM
- Hepatitis B Core Ab 86705 — HCIGM
- Hepatitis B Surface Ab 86706 — HBAB
- Hepatitis B Surface Ag w/reflex 87340 — HBAG
- Hepatitis C Ab 86803 — HEPC
- HGB Electrophoresis 83020 — HGEP
- HIV (consent req) w/rfx 86701 — HIV1
- HIV1 Viral Load (consent req) 87390 — HIV1PC
- Ionized Calcium 82330 — ICA
- Iron 83540 — IRON
- Iron & TIBC 83540 83550 — IRON
- Lead (Adult) 83655 — LPAX
- Lead (Pediatric) 83655 — ALEAD
- LDH 83615 — LDH
- Lipase 83690 — LPS
- Lithium 80178 — LIP
- Luteinizing Hormone (LH) 83002 — LH
- Lyme Titer (IgG/IgM) 86618 — LYME
- Magnesium 83735 — MG
- Mono (Heterophile) 86308 — MO
- Phosphorus 84100 — PHOS
- Potassium 84132 — K
- Pregnancy Test (Qual) 84703 — PREG
- HCG Quantitative 84702 — HCGQT
- Prenatal w/rfx (ABO, Rh, Ab Screen) — BBNK
- Prolactin 84146 — PROL
- Prothrombin Time 85610 — PROT
- PTT 85730 — PTP
- Progesterone 84144 — PGES
- PSA (total) 84153 — PSA
- Retic Count 85044 — RETIC
- Anogen antenatal w/rfx (Need prescription) — BBNX
- Anogen screen w/rfx (Need prescription) — BBNX
- Rheumatoid Factor 86431 — AFQT
- RPR (Rapid Plasma Reagin) 86592 — RPA
- Rubella 86762 — RUB

### TESTS (right column)
- Sed Rate 85651 — SED1
- Strep Screen (Rapid) 86403 — TAS
- Theophylline 80198 — THEO
- T3 84480 — TT3
- T3, Uptake 84479 — TU
- T4 84436 — T4
- T4 Free 84439 — FT4
- Torch 80090 (CMV, Herpes Simplex, Rubella, Toxoplasmosis) — TORCH
- Toxoplasmosis Ab IgG 86774 — TOXOG
- Triglycerides 84478 — TRIG
- TSH 84443 — TSK
- Uric Acid 84550 — UA
- Urinalysis 81000 — URP
- Vitamin B12 82607 — B12

### MICROBIOLOGY
- Routine Cultures:
- Cervix
- Sputum
- Stool
- Urethra
- Throat [ ] beta strep [ ] full culture
- Urine [ ] clean [ ] cath
- Wound (specify)
- Giardia Antigen
- Acid Fast
- C. difficile Toxin
- DNA Probe
- Chlamydia
- N. gonorrhea
- Fungus
- Group A w/rfx
- Herpes
- O & P (Lab 224-5501 ext 2340)

### OTHER TESTS
X Folic Acid
X SPEP

...transmitted to anyone except upon... without written consent or other authorization as provided in Chapter 899 of the Connecticut General Statutes. This material shall not be ...in the aforementioned statutes.

BRISTOL HOSPITAL, INC
Bristol, Connecticut

PROCEDURE NOTE

NAME: ORR, EDWARD

HISTORY NO: 2655498

MED REC NO: 250376

DATE OF PROCEDURE: 01/06/00

FLOOR: PM--

PHYSICIAN: Jonathan Kost, M.D.

PREOPERATIVE DIAGNOSIS: Sacroiliitis.

POSTOPERATIVE DIAGNOSIS: Same.

OPERATION: Right and left sacroiliac joint injections under fluoroscopic guidance.

ANESTHESIA: Local.

RECENT HISTORY: The patient presents with the same continued pain complaints.

PHYSICAL EXAMINATION: No interval change noted.

PROCEDURE: The patient was placed in the prone position. Aseptic technique was used throughout. A 25 gauge spinal needle was inserted down into the right and left sacroiliac joint using fluoroscopic guidance. Negative aspiration within the joint. No CSF, blood or paresthesias were obtained. 3 cc of a mixture of 0.5% lidocaine and 40 mg was injected into both joints. There were no complications from the procedure. The patient tolerated the procedure very well. Vital signs remained stable. No lower extremity neurologic deficits were seen in the lower extremities after the procedure. The patient was notified to contact the Pain Management Center in the event of any problems, adverse effects or questions.

BRISTOL HOSPITAL, INC
PROCEDURE NOTE
Page 1 of 2

Patient Name: ORR, EDWARD
History No: 2655498
ORIGINAL



# UPMC HEALTH SYSTEM
## Tri-State Neurosurgical Associates

Department of
Neurological Surgery

Administrative Office:
UPMC Presbyterian, SC
200 Lothrop Street
Pittsburgh, PA 15213-2582
412-647-3604
1-888-234-4357
Fax: 412-647-3605

Clinical Office:
University Center, Suite 1C
120 Lytton Avenue
Pittsburgh, PA 15213
412-647-3604
1-888-234-4357
Fax: 412-647-3637

Joseph C. Maroon, MD
Vice Chairman
Department of
Neurological Surgery
University of Pittsburgh

Adnan A. Abla, MD
Gus K. Bejjani, MD
Matt El-Kadi, MD, PhD
Daniel A. Wecht, MD

February 1, 2000

Dr. Jonathan Kost
Bruster Road
Bristol, KY 06011-0977

Dear Dr. Kost:

Thank you for requesting me to see your patient, Edward Orr. Please find the enclosed consultation.

It was a pleasure to assist in his care. If I can be of further assistance, please do not hesitate to contact me.

Sincerely Yours,

Joseph Maroon MD
Joseph C. Maroon, MD

Enclosure

TDA/jrp



(12 of 54)

Gaylord Hospital
Box 400
Wallingford, CT
[illegible]

203 [illegible]

## INDUSTRIAL REHABILITATION REFERRAL REPORT

DATE: 8-23-96

PATIENT'S NAME: ORR, Edward
ADDRESS: 456 Atwater St A-13
Plantsville, Ct. 06479
DOB: 3-11-57

DX: _____

INSURANCE CARRIER: ITT Hartford

REFERRAL SOURCE / TREATING PHYSICIAN: Self

SERVICES REQUESTED: Follow-up with Dr. Keagy

____ THIS CLIENT HAS BEEN ADMITTED, STARTING _____ REPORTS TO FOLLOW.

✓ THIS CLIENT HAS NOT BEEN ADMITTED BECAUSE:

✓ FINANCIAL CLEARANCE DENIED _____ NOT APPROP

OTHER:

➡ Claims Adjuster Denied Payment for Service

_Sarah L. [illegible]_

CC: Edward Orr
Genie Lazcone