ORR, ROBERT - MR12572719

**HARTFORD HOSPITAL**
80 Seymour Street
P.O. Box 5037
Hartford, CT 06102-5037
(203) 545-5555

November 7, 1996

RE: ORR, Robert - MR12572719
    Office Visit - 11/07/96

This is approximately a 1 year assessment on Mr. Orr, following a motor vehicle accident in October 1, 1995.

He had sustained leg fractures and a dislocation at the C6 facet joint which required closed redduction and immobilization with the use of a Halo vest. The latter injury is a second injury of his neck, and it was therefore immobilized approximately for 10 weeks, subsequent to which the Halo was removed and dynamic views of the cervical spine showed stability at the area of injury.

Initially, at the time of injury he had weakness of his right triceps, as evidenced by the damage to the right C6 nerve root. Subsequent to the reduction and Halo vest immobilization, his right triceps recovered to 4/5 strength.

Over this ensuing period, Mr. Orr and his wife were concerned because the EMG test results were tardy and Mr. Orr's physical therapy had been postponed. They had also requested that Ms. Michaud's files be reviewed. In the past I had already spoken at length with Ms. Michaud about this matter, and Ms. Michaud agreed that Dr. Campbell's records justify the delay, so I have assured Mr. Orr and his wife that the records have been reviewed, and that he is now scheduled to follow-up at Gaylord with Dr. Rosenblum and Dr. Sittambalam.

While he was in the hospital, Mr. Orr also complained of several preexisting problems, and due to the continuation of these problems I have suggested that he follow up again with Dr. Bouckoms' replacement. On physical examination, I could not demonstrate any incremental motor deficit

Page 1



PHILIP E. PILON, D.M.D.
LAWRENCE S. CHRISTIAN, D.M.D., P.C.
JOHN C. SEIDEL, D.M.D., Ph.D.
625 HOPMEADOW STREET
SIMSBURY, CT 06070
860-658-1991

June 7, 2000

Mark Sciota and Joseph Mazzaccaro
Attorneys at Law
98 Main Street
Southington, CT 06489

Re: Edward Orr   DOL: 10/25/95

To Whom It May Concern:

Since Mr. Orr's accident on October 25, 1995, we have seen him some twenty two times. These appointments have ranged from dental treatment for minor chips requiring slight adjustments to extremely perplexing and difficult to diagnosis craniofacial pain. The pain he is experiencing is the result of trauma to many interrelated structures all of which must work in harmony with each other. The temporomandibular joint and myofacial pain and dysfunction aspect of his problems can be sorted out as follows:

A diagnostic occlusal splint was constructed on December 22, 1999.

The occlusion was refined on the splint to the patient's centric skeletal relation.

This allows the patient to function without any muscle imbalances or interference.

The patient has stated that he has approximately 25% symptomatic relief.

So, we can now say that 25% of the symptoms he has can be attributed to the temporomandibular portion of the problem.

No further treatment is contemplated at the present time with the hope being that other medical disciplines affect some additional relief.

Regards,

Philip E. Pilon, D.M.D.

Cc: Orr



FARM copy

# STATE OF CONNECTICUT
Bureau of Rehabilitation Services
## DISABILITY DETERMINATION SERVICES

*...Providing disability evaluation services for Social Security*

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

A. NAME: Edward W Orr
B. SSN: 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

C. DAYTIME TELEPHONE NUMBER (If there is not a telephone number where you can be reached, please give us a daytime telephone where we can leave a message for you.)

Area Code: 860  Phone Number: 621-1173  Check whether this is: (Your Number) / Message Number

### SECTION 2 - INFORMATION ABOUT WHERE YOU LIVE

A. Where do you live? (Check one.)
   (House)  Apartment  Boarding House  Nursing Home
   Shelter  Group Home  Other

B. With whom do you live? (Check one.)
   Alone  (With Family)  With Friends
   Other (Describe their relationship to you.) (WIFE)

C. Do you take care of anyone else, such as a wife/husband, children, grandchildren, parents, friends, pets, other? If YES, for whom do you care, and what do you do for them?   YES   (NO)

Does anyone help you care for these people or pets? If YES, who helps you and what do they help you do?   YES   NO

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



# STATE OF CONNECTICUT
## Bureau of Rehabilitation Services
### DISABILITY DETERMINATION SERVICES

*...Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

## SECTION 3 - INFORMATION ABOUT WHAT YOU DO EACH DAY

A. Describe what you do an an average day.

Because of broken-neck and broken-back injuries, plus more than 20 other injuries (please see the attached physician's letter, from Dr. Guerrera, of 5/26/00); altogether 12 medical documents are attached, I am required to lie down all of the time practically--23.5 hours in a 24 hour period. I cannot repetitively *continued on a separate page*

B. What were you able to do before your illnesses, injuries or conditions that you CANNOT do now?

(1.) I could talk (now I have to wear a jaw splint). (2.) I could sit (now I cannot sit for more than approximately 20 minutes per day). (3.) I could stand (now I cannot stand for more than approximately 5 minutes per day). (4.) I could work.

C. Do your illnesses, injuries, or conditions affect your sleep?
YES X    NO ___ If YES, how? (For example, how many hours do you sleep?

Because I have to lie down approximately 23.5 hours per day, I have no defined "sleep cycle". At most, therefore, I "sleep" about two hours per day. The rest of the time I alternate between periods of wakefulness and semi-wakefulness, *continued on a separate page*

D. PERSONAL CARE

1. Explain how your illnesses, injuries or, conditions affect your ability to:

   Shave       Check here, if no problem; ___
   Cannot shave myself; wife must shave me.

   Bathe       Check here, if no problem; ___
   Cannot bathe myself; wife must bathe me.

   Dress       Check here, if no problem; ___
   If the clothes are extremely loose, I can do part of my dressing, (socks are still a problem, though, need help or a "sock-notch").

   Care for hair (comb, shampoo, haircuts, etc.) Check, if no problem; ___
   I can comb my hair once or twice, (not much more), but I need help with all *continued on a separate page*

2. Do you need any special help or reminders to take care of your personal needs and grooming? (Washing, shaving, bathing, dressing, etc.)
   YES X    NO ___ If YES, what type of help or reminders do you need?
   I need no reminders, but I do need major assistance with nearly all of these activities, except for -as mentioned above - putting on some loose articles of clothing.

3. Do you need help or reminders taking medication?    YES ___   NO X
   (I cannot take medication, since it nearly killed me.)
   If YES, who helps or reminds you?

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



**STATE OF CONNECTICUT**
*Bureau of Rehabilitation Services*
**DISABILITY DETERMINATION SERVICES**

... *Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

E. MEALS

1. Do you fix or prepare your own food or meals?    YES    NO☒

   a. If YES, what kind of food or meals do you prepare?

      How often do you prepare food or meals. (Daily, weekly, monthly)

      How long does it take you?

   b. If NO, describe why you don't prepare your own food or meals.
   My broken-neck and broken-back injuries place extreme limitations on my ability to sit, stand, or move. I cannot repetitively grasp, push, or pull. I must lie down nearly all of the time - 23.5 hours in a 24-hour period.
      Who prepares your food or meals?
   My wife.

2. Describe any changes in your eating habits since your illnesses, injuries or conditions began. (For example, changes in appetite, ability to feed yourself, etc.)
   Provided the meal is of a special type and is soft (I cannot eat anything even as hard as a corn chip) and in small bites, and provided it takes only two or three minutes to eat, I can feed myself. Otherwise I need help.

F. HOUSE AND YARD WORK

1. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing mowing, etc.)
   NONE

   a. How much time does it take you, and how often do you do these things?

P. O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer

**STATE OF CONNECTICUT**

*Bureau of Rehabilitation Services*

**DISABILITY DETERMINATION SERVICES**

*... Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

    b. Do you need help doing these things?    YES    NO
       If YES, what help do you need?

  2. If you do not do house or yard work, describe why you don't.

Please see my answer to SECTION 3A.

  3. Describe any changes in house or yard work since your illnesses, injuries, or conditions began.
- As described above, I cannot do any of the house or yard work that I could do before my neck and back were broken. I was very active before.

G. TRANSPORTATION

  1. How often do you go outside?

Approximately four times per month, all of which are doctor's appointments, except for one. (see section 5B)

  2. When you go out, how do you travel? (Check all that apply)

    Walk    Drive a car    Ride in a car (circled)    Ride a bicycle

    Use public transportation    Other (Explain)

  3. When you go out, can you go alone?    YES    NO X
    If NO, explain why you cannot go alone.
Please see my answer to SECTION 3A.

  4. Do you have a driver's license?    YES X    NO

    a. If YES, do you drive?    YES    NO X

    b. If NO, why not?
Please see my answer to SECTION 3A.

(**) Must be a very large car: cannot bend neck to enter small car door frames.

P. O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



**STATE OF CONNECTICUT**
*Bureau of Rehabilitation Services*
**DISABILITY DETERMINATION SERVICES**

... *Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

H. SHOPPING

   1. Do you do any shopping?   Yes    NO ☒

     a. If YES, do you shop: (Check all that apply)

         In stores    By phone    By mail

       Describe what you shop for.

       How often do you shop?

       How long does it take you?

       Do you need help shopping?    YES    NO

       If YES, what help do you need?

     b. If NO, describe why you do not shop.
Please see my answer to SECTION 3A.

   2. Describe any changes in shopping since your illnesses, injuries or conditions began.
I cannot do any of the shopping that I could do before my neck and back were broken.

I. MONEY

   1. Are you able to:

| | | |
|---|---|---|
| Pay bills | YES | N̶O̶ |
| Count change | YE̶S̶ (**) | NO |
| Handle a savings account | YES | N̶O̶ |
| Use a checkbook | YES | N̶O̶ |

      Explain all NO answers.
Please see my answer to SECTION 3A.

(**) On a flat surface, if the change is already spread out, I can count approximately half a dozen or so pieces, but no more.

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



**STATE OF CONNECTICUT**
*Bureau of Rehabilitation Services*
DISABILITY DETERMINATION SERVICES

... *Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

2. Has your ability to handle your money changed since your illnesses, injuries or conditions began?     YES  NO

If YES, explain how your ability to handle money has changed.
I have had to sign power of attorney over to my wife, so she can handle the money. I cannot handle it at all.

SECTION 4 - INFORMATION ABOUT YOUR HOBBIES AND INTERESTS

A. What are your hobbies and interests? (for example, reading, watching TV, sewing, sports, etc.)
As described in my answer to SECTION 3A, about all I can do while I am lying on my neurosurgical mattress is occasionally listen to music or to book on tape.

B. How often do you do these things?
My wife rents tapes, and I try to listen to a new tape per day, if possible.

C. Describe any changes in these activities since your illnesses, injuries, or conditions began.
Before my broken-neck and broken-back injuries, I obviously did a lot more than listen to rented tapes -- I was a hiker, and I liked to travel nationally and internationally, and my wife and I especially liked going to the beach.

SECTION 5 - INFORMATION ABOUT YOUR SOCIAL ACTIVITIES

A. Do you spend time with others in person or talking on the phone?
   YES     NO

  1. If YES, describe the kinds of activities you do with them.

  2. How often do you do these activities?

B. List the places you go to on a regular basis. (For example, church, community center, sports events, social groups, etc.)
Practically none, unless one counts doctors' appointments, which are not, at least in my opinion, "social activities". About once a month, though, per
How often do you go?
Approximately four times per month, all of which are doctor's appointments, (except one).    (CONTINUED ON SEPARATE PAG

P. O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



**STATE OF CONNECTICUT**
*Bureau of Rehabilitation Services*
**DISABILITY DETERMINATION SERVICES**

*... Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

C. Do you have any problems getting along with family, friends, neighbors, coworkers, or others?   YES ___   NO [X]   If YES, explain.

D. Describe any changes in your social activities since your illnesses, injuries, or conditions began.
Please see my answer to SECTION 3A; with a dislocated jaw, and a jaw splint, and practically no physical ability to either talk or move, "social activities" are nearly impossible.

**SECTION 6 - INFORMATION ABOUT YOUR OTHER ABILITIES**

A. Do your illnesses, injuries, or conditions affect the following? (Check all that apply)

Sitting [X]           Standing [X]          Squatting [X]
Climbing Stairs [X]   Reaching [X]          Kneeling [X]
Seeing [X]            Hearing ___           Using hands [X]
Lifting [X]           Talking [X]

Explain how your abilities are affected for ALL items checked above.
Please see not only my answer to SECTION 3A, but also a brief additional commentary on each of the checked items ← WHICH IS CONTINUED ON A SEPARATE PAGE.

B. Do you use any of the following? (Check all that apply)

Crutches ___          Walker ___            Wheelchair [X] -special model MUST LIE FLAT
Voice box ___         Hearing aid ___       Brace/Splint 4 of them
Glasses/Contacts [X]  Artificial Limb(s) ___                1. Jaw
                                            Cane [X]        2. Neck
                                                            3. Wrist
                                                            4. Elbow

Other (Explain) (1.) ROHO High Profile Floatation Cushion (80 independent zones) (2.) Gaymar neurosurgical mattress (400 independent zones.)
Which of these were prescribed by a doctor? What is the doctor's name.
Special model flat-recline wheelchair- Dr. M. Guerrera
ROHO HIgh Profile Floatation Cushion- Dr. M. Guerrera
Splint for jaw- Dr. P. Pilon  //Glasses- Dr. Seremet(of Grove Hill Medical)
Neck, wrist, elbow braces, plus Gaymar Neurosurgical mattress - Dr. J. Cannon
When do you need these aids? (For example, walking long distances, walking on rough ground, etc.)

PLEASE SEE THE ANSWER TO THIS QUESTION ON A SEPARATE PAGE.

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer