

## STATE OF CONNECTICUT
*Bureau of Rehabilitation Services*
### DISABILITY DETERMINATION SERVICES

*... Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

C.  How far can you walk before you have to stop to rest?
Without help, sometimes I can make it to the toilet if the toilet is less than approximately 5 feet away, and if there's a wall or railing I can lean on or hold on to.

How long do you rest before you continue walking? I sit on the toilet as long as necessary, but then I must lie down on the neurosurgical mattress for approximately 2 - 4 hours before sitting or standing again. I nearly always wear "Depends", because accidents do happen.

D.  Do you have problems paying attention?        YES X       NO
If YES, explain.
Please see my answer to SECTION 3A. As Dr. A. Perrin has stated, it's practically all a person such as myself can do to try to get to and from the toilet.

E.  Can you finish what you start?
(For example, chores, reading, etc.)            YES        NO X
If NO, explain.
Please see my answer to SECTION 3A. I cannot finish anything but a cassette tape, and then only about one a day.

F.  Can you follow spoken or written instructions?   YES       NO X
If NO, explain.
Please see my answer to SECTION 3A, and also the previous commentary about broken-neck, broken-back injuries. I cannot follow any instructions in which I have to sit, stand, talk, or repetitively move my limbs, fingers, jaw, etc.

G.  Have you had any problems getting along with bosses, teachers, police, landlords, or other people of authority?
If YES, explain.                                 YES       NO X

H.  Have you ever lost a job because of problems getting along with people?
If YES, explain.                                 YES       NO X

I.  Does pressure or changes in schedule upset you?  YES X     NO
If YES, explain.
Before my broken-neck and broken-back, no. But now the answer is yes. For example, imagine what might happen if my wife were ill and unable to fix my meals. I would go hungry. If, therefore, this is the type of thing that is meant by pressure or changes in schedule, then such things do indeed upset me. Continued on a separate page.

J.  Do you have trouble remembering things?          YES X     NO
If YES, explain.
Before my broken-neck and broken-back, no. But now the answer is yes. Accordingly, please see my answer to SECTION 6D.

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



# STATE OF CONNECTICUT
### *Bureau of Rehabilitation Services*
## DISABILITY DETERMINATION SERVICES

*Providing disability determinations for Social Security*

NAME: Edward W Orr
SSN: 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

## SECTION 7 - CONTACT INFORMATION

A. Name of Person Completing Form Darlene D. Orr   Relationship Wife

Date 12/5/00       Area Code 860   Phone Number 621-1173

B. Give the name of a friend or relative (other than your doctors) that we may contact who knows about your illnesses, injuries or conditions, and who can help you with your claim.

Name Darlene D. Orr                    Relationship Wife

Address   145 Greystone Drive
Number, Street, Apt. NO (if any), P.O. Box, or Rural Route

City, State, Zip Code
Plantsville, CT  06479                Area Code  Phone Number
                                      860-621-1173

## SECTION 8 - REMARKS

Tell us anything else you think we need to know about your symptoms.
Symptoms and injuries like a broken neck (C6 and C7) and a broken back (including L3-L4), not to mention the 20+ injuries outlined in Dr. M. Guerrera's letter of 5/26/00, are very complex. Accordingly, twelve very important medical records, arranged into a timeline, are attached. Unless one reads the timeline and the medical records, it is very difficult, if not impossible, to understand the nature of the symptoms and injuries.

Your Signature

*Edward W. Orr*
*Darlene D. Orr*

Date  12/5/00

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



### STATE OF CONNECTICUT
*Bureau of Rehabilitation Services*

**DISABILITY DETERMINATION SERVICES**

*... Providing disability evaluation services for Social Security*

SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

A. NAME: Edward W Orr
B. SSN: 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

C. DAYTIME TELEPHONE NUMBER (If there is not a telephone number where you can be reached, please give us a daytime telephone where we can leave a message for you.

Area Code 860   Phone Number   Check whether this is:    Your Number X
              621-1173
                                                          Message Number

### SECTION 2
### SYMPTOMS OF YOUR ILLNESS, INJURIES, OR CONDITIONS

A. What are your symptoms? (Be sure to describe ALL of your symptoms.)
(Because of the length of this answer, it is shown on separate page.)

B. Describe in your own words what your symptoms feel like. Excruciating pain, weakness, numbness (in many areas), swelling, redness, burning, and/or jabbing in spine, legs, arms, hands, jaw, etc.. As described in Dr. Guerrera's letter of May 26, 2000, all of the aforementioned body parts-- plus dozens of others-- are affected.

C. 1. What situations make your symptoms start?
The sypmtoms are always there - because of the multiplicity of fractures, and all of the related 20+ injuries described in Dr. M. Guerrera's attached letter, my symptoms are constant - every minute.

2. What makes your symptoms worse?

Any and all movement.

D. 1. Where are the symptoms located?
As clearly listed in Dr. M. Guerrera's letter of May 26, 2000, my symptoms are located in the following areas: Neck, Back, FAce, Chest, Bones, Disks, Jaw, Head, Legs, Feet, Hands, and Arms. In other words, there is no part of the body which is not affected.

2. If your symptoms are physical, do they spread to other places?

Yes X    No    If YES, describe.
As described in Dr. M. Guerrera's letter of May 26, 2000, and also in the answer to SECTION D 1 above, the symptoms are located in <u>every</u> part of the body, so there is really nowhere for them to "spread" to. However, if what you mean by this question is to inquire as to whether or not it is possible for my symptoms to become more intense, then the answer is yes.

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer

# STATE OF CONNECTICUT
*Bureau of Rehabilitation Services*
## DISABILITY DETERMINATION SERVICES

... *Providing disability evaluation services for Social Security*

NAME: Edward W Orr
SSN: 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

E. How often do you have your symptoms? (For example, every hour, once a day, monthly, etc.)
   (spinal)
   Because of the multiplicity of fractures, plus all of the related 20+ injuries, described in Dr. M. Guerrera's attached letter, my symptoms are constant - every minute.

F. How long do the symptoms last? (For example, how many minutes, hours, etc.)
   24 hours a day

G. 1. How bad are your symptoms? (For example, a good day vs. a bad day, on a scale of 1 to 10, with 1 being the best and 10 being the worst, etc.)
   A bad day is a 10; and a "good day" is, at best, 8 or 9.

   2. Do you have to limit your activities because of your symptoms?
      Yes X   No   If YES, explain.
   Please refer to my answer to SECTION 3 A.

H. Tell us what makes your symptoms better.
   To go from a 10 to an 8 or 9, I must lie down for at least two to four hours, - and not move arms, legs, neck, or any part of the body.

I. 1. Do you take any prescription or non-prescription medications for your symptoms?   YES    NO X   If YES, tell us:
   (Medications nearly killed me.)

| Name of Medication | How much do you take? | How often do you take it? | Does it work? | How long does it take to help you? | How long does it help? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
P. O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer



STATE OF CONNECTICUT
Bureau of Rehabilitation Services
DISABILITY DETERMINATION SERVICES

... Providing disability evaluation services for Social Security

NAME: Edward W Orr
SSN: 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

2. Describe any side effects from the above medications and how that affects your activities.
NA

3. Do you take your medicine as prescribed?  YES   NO
If NO, explain.

SECTION 3 - REMARKS
Tell us anything else you think we need to know about your symptoms. Symptoms and injuries like a broken-neck (C 6 and C 7) and a broken-back (including L 1 through L 4), not to mention the 20+ injuries outlined in Dr. M. Guerrera's letter of 5/26/00, are very complex. Accordingly, twelve very important medical records, arranged into a timeline, are attached. Unless one reads the timeline and the medical records, it is very difficult, if not impossible, to understand the nature of the symptoms and injuries.

SECTION 4 - CONTACT INFORMATION

A. Name of Person Completing Form
Darlene D. Orr
Relationship Wife

Date  12/5/00
Area Code  860-621-1173
Phone Number

B. Give the name of a friend or relative (other than your doctors) that we may contact who knows about your illnesses, injuries or conditions, and who can help you with your claim.

Name  Darlene D. Orr
Relationship Wife

Address
Number, Street, Apt. NO (if any), P.O. Box, or Rural Route
145 Greystone Drive

City, State, Zip Code
Plantsville, CT 06479
Area Code   Phone Number

Your Signature
*Edward W Orr*
*Darlene D. Orr*

Date  12/05/00

P.O. Box 2363 • Hartford, Connecticut 06146-2363
An Equal Opportunity Employer

# TOTAL DISABILITY ASSESSMENT
## (SPINAL CORD INJURIES)
Metropolitan Insurance Company
Form 16B-REV1987 DOW

Patient Name: Edward Orr

S. S. Number: 729 92 3063

Date of Birth: 3/11/57

(1) The patient requires the following mobility aids:

- [ ] a. Wheelchair (standard)
- [ ] b. Wheelchair (45-degree recline)
- [x] c. Wheelchair (170-degree incline or greater)

(2) If the patient requires a *standard* wheelchair, he/she cannot operate it himself for more than a time period of five minutes:

- [x] AGREE    [ ] DISAGREE    [ ] N/A

(3) If the patient requires a *nonstandard* wheelchair, he/she cannot operate it himself for more than a time period of five minutes:

- [x] AGREE    [ ] DISAGREE    [ ] N/A

(4) If the patient requires a *nonstandard* wheelchair, he/she cannot sit up for more than a time period of thirty minutes:

- [x] AGREE    [ ] DISAGREE    [ ] N/A

(5) In a 24-hour time period, the patient cannot use his/her upper or lower extremities for any of the following repetitive (repetitive is defined as more than five minutes of use) activities:

- [x] AGREE    [ ] DISAGREE    STANDING
- [x] AGREE    [ ] DISAGREE    WALKING
- [x] AGREE    [ ] DISAGREE    GRASPING
- [x] AGREE    [ ] DISAGREE    PULLING
- [x] AGREE    [ ] DISAGREE    MANIPULATING

(6) The patient cannot lift more than five pounds:

- [x] AGREE    [ ] DISAGREE

(7) The patient's speaking apparatus is adversely affected by his/her injuries:

- [x] AGREE    [ ] DISAGREE

*(please complete reverse side)*

Patient Name  Edward Orr

(8) The patient's spinal cord and/or related injuries and disabilities have been demonstrated by the most appropriate and acceptable test methodologies (please enclose summary of results):

☒ AGREE    ☐ DISAGREE

(9) One (or more) of the above test methodologies is (are) <u>invasive</u> in nature (must include imaging dyes):

☒ AGREE    ☐ DISAGREE

(10) <u>If the answer to Question #9 is negative, when will invasive testing be completed?</u> (Please note that noninvasive imaging studies alone are not considered acceptable evidence of disability, unless invasive testing would be harmful to the patient's health.)

DATE WHEN INVASIVE TESTING WILL BE COMPLETED _____

(11) If invasive testing has already been completed, further testing is unnecessary and would be harmful to the patient's health:

☒ AGREE    ☐ DISAGREE

(12) The patient's spinal cord and/or related injuries adversely affect his/her ADL (Activities of Daily Living):

☒ AGREE    ☐ DISAGREE

(13) The patient's spinal cord and/or related injuries adversely affect his/her ability to care for himself:

☒ AGREE    ☐ DISAGREE

(14) The patient's spinal cord and/or related disabilities adversely affect his/her social activities:

☒ AGREE    ☐ DISAGREE

(15) The patient's spinal cord and/or related disabilities adversely affect his/her work activities:

☒ AGREE    ☐ DISAGREE

(16) The patient cannot perform the duties of any occupation:

☒ AGREE    ☐ DISAGREE

(17) The patient is totally disabled:

☒ AGREE    ☐ DISAGREE

Thank you for completing this form.

Signature: _____
Name of physician completing this form (please print or type): Robban A. Sica MD
Date: 12/7/00
Taxpayer ID Number: _____
Address: 370 Boston Post Rd, Orange, CT 06477
Telephone Number: (203) 799-7733

168-REVISED DDW

BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate
75 Francis Street, Boston, Massachusetts 02115
Medical School

PROGRESS NOTES

Please date and sign each entry

HARVARD
MEDICAL
SCHOOL;
NO SURGERY
(NEURO-
SURGERY)

4·25·00    #15 962 913

Fu - s/p L4/7 Fx Tx'd [illegible]

S: Persistent pain in lower back → (B) LE LSR - must prominent in posterior leg. Pain in entire leg, most noticeable in bottom of feet. LBP < (B)LE pain - Pain constant + running [illegible] kicked lying flat. ⊕ pain in genital area..., ⊕ ox sexual dysfunction. ⊕ bladder D/S, depends oar control of bowels & loose stool.
Pt presents s/p Discogram.

O:
Sed: il [illegible]
Strength: 5/5 BLE
Sens: [illegible] foot L5/S1.



Discogram (3/3/00)

L5·S1 - ⊕ pain concordant
L3·4 ·
L4·5 → ⊖ pain

A: Chronic UE/LE pain - (r) L5S1 DJD

P: "Don't feel surgery is indicated [illegible]
[illegible] would have [illegible]

[Illegible handwritten patient evaluation sheet for Orr, Edward, DOB 3/11/57, dated 2/29/2000. Content is largely unreadable handwriting covering subjective history (43 y.o. male, MVA, restrained passenger), medications (NSAIDs → GI bleed; Sulfa → swelling/anaphylaxis; Nortriptyline; Neurontin; Tegretol; Amitriptyline), and objective exam findings including gait, cerebellar signs, cranial nerves II-XII, ROM (lumbar and cervical flexion/extension measurements), tenderness, tension signs, strength grading (5/5 left, 4+/5 right across trap, bic, brach, LFE, grip, intrin, tric, iliop, quad, ham, atib, EHL, GS), and hypesthesia notations.]

HOSPITAL
A Teaching Affiliate of [illegible] Medical School
75 Francis Street, Boston, Massachusetts 02115

# PROGRESS NOTES

Please date and sign each entry

R ① Suggested – PSD [illegible] – [illegible]
② Agreed ō plan for [illegible] [illegible]
[illegible]
③ [illegible] [illegible]

[signature]