DIAGNOSES AND CONDITIONS

1. Multiple cervical fractures (C6 and C7)

2. Multiple lumbar fractures (L1, L2, L3, L4)

3. Nineteen-millimeter (19mm) anterior translation of vertebrae from a 120-mile-per-hour rear-end collision (followed by multiple side-impacts at 55-60 miles per hour).

4. Spinal cord compression

5. Multiple impacts to the face, chest, neck and back regions, with some impacts causing bone breakage, and some impacts causing bone dislocation and/or related jaw, neck, face, head, back, hands, arms, leg, feet and other accident-related injuries.

6. Spinal cord damage in the cervical region

7. Disc and soft tissue damage (including C1, C2, C3, C4, C5, C6, C7, T1, T2) in the cervical and thoracic regions

8. Reflex sympathetic dystrophy

9. Please note also that some of the injuries may be motion-sensitive, and/or position-sensitive

10. Disturbance of skin sensation in numerous dermatomes

11. Whiplash

12. Soft tissue injuries

13. Bruises

14. Crush injuries

15. Myalgia

16. Myositis

17. Ligamentous injuries

18. Lacerations

19. Bowel and bladder problems

20. Abnormal pelvic alignment and motion

21. Sexual dysfunction

22. Inability to sit, stand, or ambulate normally

23. Respiratory problems

24. Disturbance of sleep

25. Headaches

26. Multiple facet arthropathy

27. Fatigue

28. Deformation of chest

29. Muscle atrophy (unrelated to disuse)

30. Multiple pharmaceutical allergies

31. Tachycardia

32. Spinal cord damage in the thoracic and lumbar regions

33. Disc and soft tissue damage in the thoracic and lumbar regions (including T12, L1, L2, L3, L4, L5, S1-5)

34. Cauda equina damage

35. Spinal scar tissue

36. Osteophytes

37. Osteoarthritis

38. Bone fragments in spine

39. Concussion

40. Loss of consciousness

41. Post-concussion syndrome

42. Amnesia

43. Facial scarring

44. Neck scarring

45. Lacerations

46. Internal bleeding, including blood in urine

47. Swelling of the face

48. Discoloration of the face

49. Discoloration of the jaw

50. Motion-induced inflammation and infection of the jaw and face

51. Disturbance of the voice and of the ability to enunciate, to vocalize, and to be understood

52. Hematoma

53. Pericardial effusion

54. Sternal/rib contusions

55. Chest injuries, including deformation of the chest
56. Chondritis
57. Inflammation of the pericardium
58. Facet syndrome
59. Facet asymmetry
60. Facet arthropathy
61. Narrowing of the neural foramina
62. Spondylosis
63. Ankylosis
64. Vertebral spurring
65. Loss of normal lordosis
66. Occiput, atlas, and axis compression
67. Forward head shift
68. Spinal shift
69. Hip and pelvic obliquity
70. Piriformis entrapment
71. Piriformis syndrome (in addition to "entrapment")
72. S1 inflammation
73. Spurring in the spine and hips
74. Hypertrophic changes in the spinal column

75. Bony bar formation in the spine

76. Bilateral sacroiliitis

77. Elevation of right iliac crest

78. Joint swelling

79. Extremity swelling

80. Motion-induced discoloration of skin

81. Mottling of skin

82. Muscle spasm

83. Hypesthesia

84. Paresthesia

85. Loss of coordination

86. Loss of endurance

87. Loss of balance

88. Altered glenohumeral/scapulothoracic rhythm

89. Limited neck movement

90. Limited trunk movement

91. Limited lower extremity movement

92. Limited upper extremity movement

93. Lower extremity radiculopathies

94. Upper extremity radiculopathies

95. Sciatic entrapment neuropathy

96. Chemical (injection-related) damage to the sciatic nerve

97. Mechanical damage to the sciatic nerve

98. Lesion of the sciatic nerve

99. Irritation of the dura mater, and of the arachnoid and pia mater of the central nervous system

100. Meningeal irritation

101. Stenosis

102. TMJ dysfunction

103. Trigeminal nerve damage

104. Dislocated, rotated and chipped teeth and dental appliances

105. Geniculate neuralgia

106. Myofascial pain syndrome

107. Facial numbness

108. Inability to expand chest normally

109. Severely limited ability to breathe normally

110. Severely limited ability to speak normally

111. Difficulty swallowing

112. Severely limited ability to eat normally

113. Occlusal splint required ninety-five-plus percent of the time

114. Limited ability to swallow normally

115. Hypesthesia

116. Sensory impairment

117. Abnormal reflexes

118. Absent triceps reflex

119. Absent finger reflex

120. Absent ankle jerk reflex

121. Diminished knee jerk reflex

122. Weakness of iliopsoas

123. Dorsiflexion weakness

124. Right-left asymmetry of plantar response

125. Other asymmetric and/or abnormal reflexes

126. Reduced motor power

127. Difficulty with dressing and ADL

128. Motion-induced cauda equina syndrome

129. Cauda equina enteritis

130. Cauda equina hemorrhoids

131. Altered and decreased motor nerve conduction

132. Altered and decreased sensory nerve conduction

133. Trigger point tenderness

134. Lipoma (CNS)

135. Nerve compression

136. Nerve root compression

137. Soft tissue dysfunction

138. Degenerative joint disease

139. Dyesthesia

140. Compression of the thecal sac

141. Disc space narrowing

142. Thecal sac deformity

143. Disc protrusion

144. Tear in the posterior central annulus

145. Relapsing fever

146. Discogenic, radicular, and vertebral syndromes of the upper and lower extremities

147. Partial and incomplete bony fusion of numerous vertebrae

Per the neurosurgeon, absolutely no passive ROM allowed (this includes the prohibition of conventional SLR and related tests).

No "Axial Loading Tests," Burn's Tests, McBride's Tests, O'Donoghue's Maneuvers, "Simulated Rotation Tests," and/or related evaluations permitted.

The patient's shoes must be worn whenever the patient places any weight on the lower extremities.

ROHO independent-zone cushioning must be provided under the buttocks for sitting positions, and under the buttocks, back, legs, feet, arms, and head for recumbent positions.

The patient cannot independently operate his wheelchair, and must bring an assistant.



**MHS *Primary Care*, Inc.**         Coginchaug Family Practice

Adam E. Perrin, M.D.
Bradford Wilkinson, M.D.

January 8, 2000 (1)

Mr. Edward Orr
145 Graystone Drive
Plantsville, CT 06479

Dear Mr. Orr,

After examining you on two separate occasions and reviewing your extensive medical history, I am in agreement with the medical opinions as expressed by Dr. Mark Warner and the other physicians listed in the letter from Attorney Mazzaccaro. It seems readily apparent to me, after examining you and reviewing the extensive documentation of your medical condition, that there is no disparate opinion as to the nature of your injuries and the fact that you have been left totally disabled. Both common sense and the most basic medical judgment would indeed suggest that early physical therapy may well have been beneficial to you and that it should not have been withheld. I share with Dr. Warner the reaction of surprise that your insurance carrier refused to allow you to undergo physical therapy in wake of your devastating motor vehicle accident. I sincerely hope this new year will bring you positive changes in your life.

Sincerely,

Adam E. Perrin, MD

AEP:ag

13 Middlefield Road • Durham, CT 06422
tel 860-349-1058 • fax 860-349-0764

A member of the Middlesex Health System

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWARD W. ORR<br>    Plaintiff<br>vs.<br><br>RELIANCE STANDARD<br>LIFE INSURANCE COMPANY<br>    Defendant | :<br>:  Civil Action<br>:  No. 302 CV 1457 (SRU)<br>:<br>:<br>:  November 18, 2003<br>: |

## *AFFIDAVIT*

I, **Dr. Mary Guerrera**, having been duly sworn, do hereby depose and state:

1. I am over the age of eighteen and I understand the meaning and obligation of an oath;

2. I am familiar with the medical history of Mr. Edward Wiley Orr;

3. I have been Mr. Edward Wiley Orr's treating physician since March 30, 2000;

4. Pursuant to the request of Mr. Edward Wiley Orr and Reliance Standard Life Insurance Company, I supplied to the Reliance Standard Life Insurance Company copies of medical records and reports regarding my treatment of Mr. Edward Wiley Orr as well as those records and reports which I reviewed on Mr. Edward Wiley Orr's behalf and which I used in formulating my medical opinions. I/My office sent in the Attending Physician's Statement to Reliance Standard Life Insurance Company twice (11/6/00 and 12/8/00) and we sent Form 14B once (12/8/00) with the standard twelve-part attachment, which are attached hereto and made part of this Affidavit.

5. Mr. Edward Wiley Orr is permanently and totally disabled from any occupation.

I swear that these statements are true to the best of my knowledge and ability.

_____
**Dr. Mary Guerrera**

Subscribed and sworn to before me this 19 day of Nov, 2003.

_____
Notary Public
Commissioner of the Superior Court