United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
1-16-04
Kevin F. Rowe, Clerk
*[signature]*

The Law Offices of

# Sheffy & Mazzaccaro, L.L.P.

35 North Main Street
Southington, CT 06489
Phone: 860-620-9460
Fax:    860-620-9348
Real Estate Fax: 860-620-1978

A. Alan Sheffy
Joseph A. Mazzaccaro

John H. Kiefel

---

Robert J. Dunne

† Also admitted in
Pennsylvania

January 9, 2004

Honorable Stefan Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:  **Edward W. Orr v. Reliance Standard Life Insurance Company**
          **C. A. No. 3:02 CV 1457 (SRU)**
          **Partial Settlement Agreement**

Dear Judge Underhill:

The parties have reached a partial settlement agreement and request the court ratify the following:

    That Reliance Standard Life Insurance Company (hereinafter referred to as "Reliance") will immediately reinstate Mr. Edward Wiley Orr (hereinafter referred to as "Orr") and begin Payment of Benefits in the amount of $3,340.58 per month, with the next monthly check payable to Orr on January 31, 2004.

    That Orr will be brought current to December 31, 2003, with Back Benefits totaling 38.2 months at $3,340.58 per month for a total payment of $127,610.00. Interest on this amount at 4.5 % ($5,742.45) will also be paid to Orr.

    Agreed Attorney's Fees of $10,000.00 will be paid to Attorney A. Alan Sheffy.

  Reliance will deduct from Orr's first check the amount of $1829.74 which is to represent reimbursement for previous overpayment to Orr on his monthly benefit.

  Attorney's Fees, Back Pay and Interest will be paid within 30 days of the entry of this agreement.

  The parties further agree that an issue remains before the Court regarding Orr's claim for Injunctive Relief. Reliance objects to any form of injunctive relief. Orr will file a Motion Requesting Injunctive Relief. Reliance will file a Responsive Brief thereto, and the matter will be heard by your Honor, per our discussions with you. The parties agree that the reservation of this issue before this Court, and possibly on appeal, will not affect Orr's reinstatement under the policy and terms of the settlement as agreed above. The Payment of Benefits forward, Back Benefits, interest, and Attorney's Fees will not be affected by the decision of this Court regarding the issue of injunctive relief or the appeal thereof by either party.

Sincerely,

_____
Attorney A. Alan Sheffy for Mr. Orr

_____
Attorney Joshua Bachrach
For the Reliance Standard Life Ins. Co.

The aforesaid Agreement having been presented to and received by the Court is hereby ratified and approved.

_____
The Honorable Stefan R. Underhill