The Law Offices of
## Sheffy & Mazzaccaro, L.L.P.
35 North Main Street
Southington, CT 06489
Phone: 860-620-9460
Fax:    860-620-9348
Real Estate Fax: 860-620-1978

A. Alan Sheffy
Joseph A. Mazzaccaro

Robert J. Dunne

Of Counsel
John H. Kiefel†

† Also admitted in
Pennsylvania

FILED

2004 MAR 24  P 4:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

March 8, 2004

Honorable Stefan Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:  **Edward W. Orr v. Reliance Standard Life Insurance Company**
     **No. 3:02 CV 1457 (SRU)**

   I.   **Reliance's Noncompliance with the Court-Ratified Agreement**

   II.  **Motion for Permanent Injunctive Relief**

Dear Judge Underhill:

The objective of this letter is, first of all, to report to the Court Reliance's compliance with the Court-ratified agreement. However, as continued evidence of the questionable conduct of Reliance up to this time, and possibly into the future, compliance was late. Reliance Standard Life Insurance Company was allowed a clearly specified time period to remit payment of more than three years of "delayed" benefits; nevertheless, Reliance missed the deadline.

Pursuant to the Court-ratified agreement of January 23, 2004, payment was due within thirty days; nevertheless, as shown in the attached Exhibit K, Reliance chose not to print the check until <u>after</u> the expiration of the thirty-day period. Unfortunately, a printed check is still not a check in the hands of the disabled claimant, and three additional days elapsed before the check was received.

Under normal circumstances, a four-day delay in the receipt of a check might not be worth mentioning; however, in this case, benefits had already been delayed for more than three years. There is no excuse for further delay. Furthermore, Reliance has had every opportunity to "turn over a new leaf," or at least to create the appearance of doing so.

It should be noted that long before Reliance decided to wrongfully terminate benefits in the year 2000, Reliance had delayed many payments by as much as four months. There have been other previous abnormalities in payment as shown Exhibit L, containing photocopies of seven Reliance checks written in the year 2000 (including more than $10,000 of payments that had been delayed <u>from the previous year</u>, 1999). The aforementioned photocopies were duly communicated, along with a descriptive letter, to (1) the attorney handling Mr. Orr's LTD claim, and to (2) Reliance. In addition, the aforementioned attorney telephoned Reliance several times about check problems.

As a corollary of the anomalies shown in Exhibit L, it is also notable that the check issued to Mr. Orr in 2004 (Exhibit K) was not only late, but there is no information as to how the amount of the payment was computed. Whether or not the check amount represents an underpayment or an overpayment is completely unclear, because Reliance has provided absolutely no breakdown of the final figure.

Leaving behind the issue of "the check," the second objective of this letter is to communicate to the Court that the Motion for Permanent Injunctive Relief will be submitted within approximately twenty-one days.

Thank you very much for your attention.

Very truly yours,

A. Alan Sheffy

Enclosures:  Exhibit K
             Exhibit L

cc: Attorney Gary Stewart
    Edward W. Orr

EXHIBIT K

# RELIANCE STANDARD
Life Insurance Company

*a DELPHI company*

ORIGINAL CHECK HAS A VOID PANTOGRAPH ON THE FACE

00559741

Administrative Office:
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

INSURED: ORR,EDWARD,W
CLAIM NUMBER: 1999-246-018
BYK-CHEMIE USA DIVISION OF ATLANTA

Check No. **3000816279**

Wachovia Bank
of Delaware N.A.
62-22
311

Will Pay The Sum Of: **ONE HUNDRED THIRTY NINE THOUSAND THREE HUNDRED FIFTY TWO AND 84/100 Dollars**

Date: 02/23/2004

*****139,352.84

CHECK VALID SIX MONTHS FROM DATE OF ISSUE.

ADDRESSEE:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

*Thomas Burghart*
AUTHORIZED SIGNATURE

*Lawrence E Daniell*
AUTHORIZED SIGNATURE

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑆3000816279⑆ ⑈031100225⑈ 207995005064 7⑈

---

# RELIANCE STANDARD
Life Insurance Company

*a DELPHI company*

Check No. **3000816279**

GROUP NUMBER: LSC0098380-
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION OF ATL   EXAMINER: PAT4
INCURRED DATE: 06/26/1999
SERVICE FROM: 02/12/2004 TO: 02/12/2004

DESCRIPTION OF PAYMENT.          WAGE BASE                              AMOUNT PAID

GROSS BENEFIT - DISABILITY
EXCESS INTEREST                                                         $133,352.00
              TOTALS                                                      $6,000.84
                                                                        $139,352.84

EXPLANATION OF BENEFITS

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

**SECURITY FEATURES**
THE SECURITY FEATURES INCLUDED WITHIN THIS CHECK EXCEED INDUSTRY STANDARDS
1. FLUORESCENT FIBERS
2. SOLVENT BASED INK ERADICATOR REACTION BLACK DYE
3. SOLVENT BASED INK ERADICATOR REACTION BLUE DYE
4. BLEACH REACTIVE BROWNSTAIN MULTI LANGUAGE VOID (FRONT)
5. FLUORESCENT WATERMARK ON BACK-HOLD AT AN ANGLE TO VIEW
6. MICRO PRINT LINES
7. COPY VOID PANTOGRAPH

Padlock design is a certification mark of Check Payment Systems Association.

**EXHIBIT L**

**EDWARD W. ORR**
145 Greystone Drive
Plantsville, CT 06479
(860) 621-1173

August 27, 2000

Attorney Joseph Mazzaccaro
Elliott, Stanek, Mazzaccaro & Sciota, P.C.
98 Main Street
Southington, CT 06489

Dear Joe:

As discussed, please find enclosed photocopies of the seven checks you requested. A thumbnail sketch of selected questions and/or "problem issues" (especially in regard to delayed payments, missed payments, shifting pay periods [forward or backward], altered "benefit periods," and also post-dated, pre-dated, wrong-dated, and/or just plain elusively characterized checks) is also shown below.

| Year | Time period | Check date |
|------|-------------|------------|
| 1999 | 9-24-99 to 10-24-99 [1] | *No* check in 1999; see 2000 |
| 1999 | 10-24-99 to 11-24-99 [2] | *No* check in 1999; see 2000 |
| 1999 | 11-24-99 to 12-24-99 [3] | *No* check in 1999; see 2000 |
| 2000 | 9-24-99 to 1-24-00 [4] | 1-24-00 |
| 2000 | 1-24-00 to 2-24-00 | 2-24-00 |
| 2000 | 2-24-00 to 3-24-00 | 3-24-00 |

---

[1] Disability began in June, four months before the end of this period.

[2] Five months have elapsed since disability began.

[3] Six months have elapsed since disability began.

[4] Seven months have elapsed since disability began.

| | | |
|---|---|---|
| 2000 | 3-24-00 to 4-24-00 | 5-2-00 (Note date shift in one direction! Should have been 4-24-00) |
| 2000 | 4-24-00 to 5-24-00 | 5-23-00 (Note very minor date shift in <u>other</u> direction!) |
| 2000 | 5-24-00 to 6-24-00 | 6-16-00 (Now the date shift is more dramatic) |
| 2000 | ? | ? |
| 2000 | 7-24-00 to 8-24-00 | 8-3-00 (Look at the shift here; this makes no sense) |

What in the world is going on?

Photocopies of all the checks above are attached for your file, and per your advice, a copy of this letter is also being sent to Reliance. In the meantime, could your office please re-contact Reliance; somehow the insurer will have to fix these problems, and it will probably involve some type of readjustment of their "accounting procedures" (if such procedures can be called "accounting," as they certainly do not seem to adhere to GAAP) and/or some type of makeup checks in the future.

Also, on another topic, and pursuant to your request, enclosed is a duplicate of the Dr. C-UCM file[5] employer authorization (DC/BC/along with allocation agreement) valid for the 1999-2001 time period.

As always, please let Darlene know if additional information is required.

Sincerely,

Edward W. Orr

Enc:  Seven checks (photocopies)
      DC/BC authorization et al

cc:   Attorney M. Sciota  (cont. on next page)

---
[5] Per Dr. Cannon's/Guerrera's office, also for the upcoming numbered SSA review. See also B & W studies.

2

Elliott, Stanek, Mazzaccaro & Sciota, P.C.
98 Main Street
Southington, CT 06489


Mr. Roderick Williams
Reliance Standard Life Insurance Company
Claims Department
2501 Parkway
Philadelphia, PA 19130-2499


Dr. J. Cannon
University of Connecticut Health Center
John Dempsey Hospital
263 Farmington Avenue
Farmington, CT 06030

3

**RSL** Reliance Standard Life Insurance Company
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO.: 0000001302

1222538

First Union National Bank
NJ, NY, PA
62-22/311

WILL PAY THE SUM OF: SEVENTEEN THOUSAND TWO HUNDRED EIGHTY EIGHT AND 35/100 DOLLARS

DATE 01/24/2000

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

$******17,288.35

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5,000.00 AND GREATER. CHECK VALID SIX MONTHS FROM DATE OF ISSUE

By [signature]
By [signature]
AUTHORIZED CHECK SIGNER

⑊1222538⑊ ⑈031100225⑈ 20799500 5064 7⑊

GROUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O   EXAMINER: RODERI
INCURRED DATE: 06/26/1999
SERVICE FROM: 09/24/1999 TO: 01/24/2000

DESCRIPTION OF PAYMENT
GROSS BENEFIT - DISABILITY
ESTIMATED SOCIAL SECURITY

WAGE BASE

AMOUNT PAID
$19,867.68
$2,579.33-

TOTALS                                                           $17,288.35

EXPLANATION OF BENEFITS
045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER AVAILABLE.
046   PLEASE FORWARD A COPY OF YOUR SOCIAL SECURITY AWARD AND ANY DEPENDENT AWARDS AS SOON AS YOU RECEIVE THEM. IF YOU RECEIVE A DENIAL NOTICE, PLEASE FORWARD A COPY.
      BENEFITS ARE PAYABLE AFTER AN ELIMINATION PERIOD OF 90 DAYS.
      DATE OF LOSS: 6/26/99. BENEFITS ARE DUE ON 24TH OF MONTH.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

RS-1928

**RSL** Reliance Standard Life Insurance Company
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO : 0000000395

1234003

First Union National Bank
NJ, NY, PA          62-22/311

WILL PAY THE SUM OF  THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE  02/24/2000

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

$ *********3,506.92

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.00 AND GREATER. CHECK VALID SIX MONTHS FROM DATE OF ISSUE.

By [signature]
By
AUTHORIZED CHECK SIGNER

⑈1234003⑈ ⑉031100225⑉ 207995005064 7⑈

GROUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O    EXAMINER : RODERI
INCURRED DATE: 06/26/1999
SERVICE FROM: 01/24/2000 TO: 02/24/2000

DESCRIPTION OF PAYMENT                      WAGE BASE                AMOUNT PAID
GROSS BENEFIT - DISABILITY                                           $4,966.92
ESTIMATED SOCIAL SECURITY                                            $1,460.00-

                    TOTALS                                           $3,506.92

EXPLANATION OF BENEFITS
  010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
  045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER
        AVAILABLE.
  046   PLEASE FORWARD A COPY OF YOUR SOCIAL SECURITY AWARD AND ANY DEPENDENT
        AWARDS AS SOON AS YOU RECEIVE THEM. IF YOU RECEIVE A DENIAL NOTICE,
        PLEASE FORWARD A COPY.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

RS-1928

**RSL Reliance Standard Life Insurance Company**
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO : 0000000460

1244546

First Union National Bank
NJ, NY, PA                 62-22/311

WILL PAY THE SUM OF  THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE  03/24/2000

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

$ *********3,506.92

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.
AND GREATER. CHECK VALID SIX MONTHS FROM DATE OF ISSUE

By [signature]
By
AUTHORIZED CHECK SIGNER

⑆1244546⑆ ⑈031100225⑈ 207995005064 7⑆

GROUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O   EXAMINER : RODERI
                            INCURRED DATE: 06/26/1999
SERVICE FROM: 02/24/2000 TO: 03/24/2000

DESCRIPTION OF PAYMENT                WAGE BASE              AMOUNT PAID
GROSS BENEFIT - DISABILITY                                   $4,966.92
ESTIMATED SOCIAL SECURITY                                    $1,460.00-

                    TOTALS                                   $3,506.92


EXPLANATION OF BENEFITS
010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER AVAILABLE.
046   PLEASE FORWARD A COPY OF YOUR SOCIAL SECURITY AWARD AND ANY DEPENDENT AWARDS AS SOON AS YOU RECEIVE THEM. IF YOU RECEIVE A DENIAL NOTICE, PLEASE FORWARD A COPY.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

**Reliance Standard Life Insurance Company**
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO.: 0000000212

First Union National Bank
NJ, NY, PA
62-22/311

1257924

WILL PAY THE SUM OF: THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE 05/02/2000

$ ********3,506.92

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.0...

*Signature*
AUTHORIZED CHECK SIGNER

⑈1257924⑈ ⑈031100225⑈ 207995005064 7⑈

---

GROUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O   EXAMINER: RODERI
INCURRED DATE: 06/26/1999
SERVICE FROM: 03/24/2000   TO: 04/24/2000

| DESCRIPTION OF PAYMENT | WAGE BASE | AMOUNT PAID |
|---|---|---|
| GROSS BENEFIT - DISABILITY | | $4,966.92 |
| ESTIMATED SOCIAL SECURITY | | $1,460.00- |
| TOTALS | | $3,506.92 |

EXPLANATION OF BENEFITS
010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER AVAILABLE.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

RS-1928

**Reliance Standard Life Insurance Company**
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO.: 0000000391

1265327

First Union National Bank
NJ, NY, PA
62-22/311

WILL PAY THE SUM OF THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE 05/23/2000

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

$ ********3,506.92

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.00 OR GREATER. CHECK VALID SIX MONTHS FROM DATE OF ISSUE.

⑈1265327⑈ ⑉031100225⑉ 207995005064 7⑈

```
JP NUMBER: LSC0098380-                BYK-CHEMIE USA DIVISION O   EXAMINER : KEVIN3
NTIFICATION NUMBER: 229923063                                    INCURRED DATE: 06/26/1999
IM NUMBER: 1999-246-018               SERVICE FROM:  04/24/2000 TO: 05/24/2000
----------------------------------------------------------------------------------
CRIPTION OF PAYMENT                   WAGE BASE                  AMOUNT PAID
SS BENEFIT - DISABILITY                                          $4,966.92
IMATED SOCIAL SECURITY                                           $1,460.00-

              TOTALS                                             $3,506.92
```

_ANATION OF BENEFITS
010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER
      AVAILABLE.



MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

**RSL** Reliance Standard Life Insurance Company
Administrative Office:
2501 Parkway
Philadelphia, PA 19130-2499

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO : 0000000291

1273145

First Union National Bank
NJ, NY, PA
62-22/311

WILL PAY THE SUM OF  THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE 06/16/2000

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

$********3,506.92

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.00

AUTHORIZED CHECK SIGNER

⑈1273145⑈ ⑆031100225⑆ 207995050647⑈

GROUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O    EXAMINER : KEVIN3
              INCURRED DATE: 06/26/1999
SERVICE FROM:  05/24/2000  TO: 06/24/2000

| DESCRIPTION OF PAYMENT | WAGE BASE | AMOUNT PAID |
|---|---|---|
| GROSS BENEFIT - DISABILITY | | $4,966.92 |
| ESTIMATED SOCIAL SECURITY | | $1,460.00- |
| TOTALS | | $3,506.92 |

EXPLANATION OF BENEFITS
010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER AVAILABLE.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

RS-1928

**RELIANCE STANDARD**
Life Insurance Company
2001 Market Street-Suite 1500
Philadelphia, PA 19103-7090

INSURED: EDWARD W ORR
CLAIM NUMBER: 1999-246-018
IDENTIFICATION NUMBER: 229923063
SEQUENCE NO : 0000000271

1290475

First Union Bank of Delaware
Wilmington DE 19803

62-22
311

WILL PAY THE SUM OF THREE THOUSAND FIVE HUNDRED SIX AND 92/100 DOLLARS

DATE 08/03/2000

$*******3,506.92

PAY TO THE ORDER OF:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

TWO (2) SIGNATURES ARE REQUIRED FOR AMOUNTS OF $5000.00
AND GREATER CHECK VALID SIX MONTHS FROM DATE OF ISSUE

By [signature]
By
AUTHORIZED CHECK SIGNER

⑈1290475⑈ ⑆031100225⑆ 2079950050647⑈

DUP NUMBER: LSC0098380-
IDENTIFICATION NUMBER: 229923063
CLAIM NUMBER: 1999-246-018

BYK-CHEMIE USA DIVISION O     EXAMINER : KEVIN3
                              INCURRED DATE: 06/20/1999
SERVICE FROM: 07/24/2000 TO: 08/24/2000

DESCRIPTION OF PAYMENT                    WAGE BASE           AMOUNT PAID
GROSS BENEFIT - DISABILITY                                     $4,966.92
ESTIMATED SOCIAL SECURITY                                      $1,460.00-

                TOTALS                                         $3,506.92

EXPLANATION OF BENEFITS
  010    BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
  045    WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER
         AVAILABLE.
         PLEASE PROVIDE PROOF OF SSDI STATUS.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

# MEDICAL RECORDS RELEASE

DATE:

August 3, 1999

TO:

SHU/PB Toxicology Unit
Dow Corning/Dow Chemical USA
2030 Dow Center
Midland, MI 48674

Dr. John Cannon
University of Connecticut Health Center
John Dempsey Hospital
263 Farmington Avenue
Farmington, CT 06030

FROM:

Edward W. Orr
145 Greystone Drive
Plantsville, CT 06479

SUBJECT

This letter authorizes you to exchange copies of any and/or all of my medical records – including original medical films, Social Security records and employee ERISA records – for the purposes of epidemiology/toxicology/health-care/disability and/or related medicolegal follow-up.

This release will expire within twenty-four (24) months, unless revoked prior to the passage of the aforementioned time period.

*[signature]*

-------------------------------

Edward W. Orr
SSN: 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
DOB: 3-11-57

2

MRR OII IO-2010 w (Lead/Zinc dust)
Group Epidemiology Data Retention & Update
Utah 6.99 / Not Lead/Zinc related
Reliance / BTK Lead/Zinc related

## Medical Record File

Initial AUGUST 1981 Enrollment 07896
Incremental
Medical Records Release Authorization

| | | |
|---|---|---|
| 1995 | x | (MM) |
| 1997 | x | (JC) |
| 1999 | x | (JC) |
| 2001 | x | (JC) |
| | | (JC) |

**EMERGENCY NOTIFICATION(S)**

Name: Darlene D. Oll
Relation: Wife
Other: 145 Greystone Dr  Plantsville CT 06479
Other: J Cannon / UCONN

Employer Phone and Address

860-621-1173 CT

**IMPORTANT NOTE:** UNAUTHORIZED DISCLOSURE PROHIBITED
DEPARTMENT Lead/Zinc Epid  LOCATION Midland
Employee Data
File: 86 of 104
Social Security Number: 111152
Employee DOB: 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
Birthdate: 8-4-01
Sex: M
Marital Sta...
Dep. ☐ No ☐ Yes
Current Employee ☐ No ☐ Yes
Active ☐ Inactive / Not in effect for OE
Date Sent:
Date Completed:
Work Accommodation Needed? ☐ No ☐ Yes

F-34B / MET/PHA/DX-UM

INFORMATION
RELEASE
RESTRICTED

THIS IS AN
INCOMPLETE
RECORD

Ad. H.:

1999 Master

X Denotes MRRA Req. until Exp. 2005

X does not denote presence in M. file / see Lg. Ins. Inactive / <u>Not</u> in effect for Orr

List and/or pre-list: 1995, 1997, 1999, 2001,* 2003* (valid until 2005)

Antic. end 2005 (6yr)

If JC *, must re-contact

Orr, Edward W. (Lead/Zinc dust)
Group Epidemiology: Perm. Retention & Update
Disab. 6-99 / Not Lead/Zinc-related?
Reliance / BYK

Lead/Zinc Exp.   Midland

August, 1981

~~07896~~

<u>Correction</u>: 078986 (Remove from GH-C 4873)

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 (OK)

3-11-57 (OK)

# INSURANCE ALLOCATION AGREEMENT

THIS INSURANCE ALLOCATION AGREEMENT (the "Agreement") is entered into as of February 16, 1998, by and between Dow Corning Corporation on behalf of itself and its present wholly owned subsidiaries (collectively, "Dow Corning") and The Dow Chemical Company on behalf of itself and its present wholly owned subsidiaries (collectively "Dow Chemical"). Dow Corning and Dow Chemical shall be referred to collectively herein as the "Parties." Capitalized terms not defined herein shall have the meanings ascribed to them in the Second Amended Plan of Reorganization of Dow Corning Corporation dated February 17, 1998 (the "Plan").

WHEREAS:

A.  Dow Chemical purchased certain excess liability insurance policies between 1955 and 1986 that provide coverage to Dow Chemical and various present and former affiliates, including Dow Corning, for products claims.

B.  Dow Corning purchased other insurance policies that provide coverage to Corning, Inc. ("Corning") and Dow Chemical under certain conditions.

C.  Dow Corning and Dow Chemical purchased separate policies from ACE Insurance that may interrelate.

D.  Numerous individuals have asserted Breast Implant Claims, Non-Breast Implant Claims, Raw Material Claims and LTCI Claims against Dow Corning. Many of the individuals who have asserted such claims have also asserted claims against Dow Chemical and Corning:

Insurance Allocation Agreement

Page 1