The Law Offices of
## Sheffy & Mazzaccaro, L.L.P.
35 North Main Street
Southington, CT 06489
Phone: 860-620-9460
Fax:    860-620-9348
Real Estate Fax: 860-620-1978

A. Alan Sheffy
Joseph A. Mazzaccaro

Robert J. Dunne

Of Counsel
John H. Kiefel[†]

† Also admitted in
Pennsylvania

FILED

2004 MAR 24  P 4:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

March 22, 2004

Honorable Stefan Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   Edward W. Orr v. Reliance Standard Life Insurance Company
      No. 3:02 CV 1457 (SRU)

      Exhibit HH:   Reliance's Bounced Check for $139,352.84 ("Not fault of Fleet Bank")

      Exhibit II:   Reliance's Next Check Grossly Incorrect (to make up for the bounced check?)

Dear Judge Underhill:

As an unfortunate follow-up to my letter of March 8, 2004, please find enclosed the above two exhibits. Mr Orr has advised me that Reliance's settlement check failed to immediately clear[1], and I felt that this should be brought to the Court's attention (Exhibit

---

[1] Funds were not available until thirteen (13) days after the writing of the check. Electronic transfer was attempted earlier, and the funds were unavailable. This was unacceptable, and was so indicated by Fleet Boston. The bank continued to hold the check until Reliance's funds finally became available on March 10, 2004.

HH). In addition, numerous other problems with Reliance's handling of finances have become apparent.

Reliance's <u>subsequent</u> check (Exhibit II) is incorrect,[2] and is being held by Mr. Orr, and will not be cashed until further instructions are received.

Thank you very much for your attention.



Very truly yours,

/s/ Alan Sheffy

A/ Alan Sheffy

Enclosures:   Exhibit HH
              Exhibit II

cc:  Attorney Gary Stewart
     Edward W. Orr

---

[2] Notwithstanding the fact that there is no information on how the predecessor check (for $139,352.84) was computed, the scant information provided on the subsequent check (for $3,440.92) leaves no doubt that Reliance has made numerous errors. Accordingly, it is hereby requested that Reliance provide additional information. In addition, if it becomes necessary for the latter check to be returned, then the Plaintiff respectfully requests the Court's assistance in asking Reliance to remove any returned checks from W-2 statements that it might prepare for the claimant. The reason for this request is quite simple: In the past, Reliance has made numerous errors, and if Reliance fails to remove a returned check, then the claimant will end up being taxed on income that he never received, which is obviously unfair.

HH

Status report

Return to issuer (RSLIC)



FleetBoston Financial

Angela P. Braddock
Financial Services Professional

Plainville
Mail Stop: CT EH 80O073
111 whiting Street
Plainville, CT 06062
860 410.2051 tel
860 410.2053 fax

Date: 3-10-04

Source report

Check trace

Date check written:     2-26-04
Check Number:
                        3000816279
Source:
                        Reliance Standard
Date cleared:
                        3-10-04
Time elapsed:
                        13 days
Notes:
                        Funds to be available within 3 days (NR)
                        E-transfer to be upon date of writing
                        ETRA 3-3-04
Additional time req.    13


Check and initial here if not fault of Fleet Bank   *[signature]*

# RELIANCE STANDARD
Life Insurance Company

a Delphi company

Check No. 3000816279

| | | |
|---|---|---|
| GROUP NUMBER: | LSC0098380- | BYK-CHEMIE USA DIVISION OF ATL   EXAMINER:PAT4 |
| CLAIM NUMBER: | 1999-246-018 | INCURRED DATE: 06/26/1999 |
| | | SERVICE FROM: 02/12/2004 TO: 02/12/2004 |

DESCRIPTION OF PAYMENT.

| | WAGE BASE | AMOUNT PAID |
|---|---|---|
| GROSS BENEFIT - DISABILITY | | $133,352.00 |
| EXCESS INTEREST | | $6,000.84 |
| TOTALS | | $139,352.84 |

EXPLANATION OF BENEFITS



FleetBoston Financial

Edward W Orr Or
Darlene D. Orr
145 Greystone Dr
Plantsville Ct 06479

MA DE 14504G
P.O. Box 2197
Boston, MA 02106-2197

**RELIANCE STANDARD**
Life Insurance Company

ORIGINAL CHECK HAS A VOID PANTOGRAPH ON THE FACE

Administrative Office:
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

INSURED: ORR, EDWARD W
CLAIM NUMBER: 1999-248-018
BYK-CHEMIE USA DIVISION OF ATLANTA

Check No. 00559741
3000816279

62-22/311

Wachovia Bank
of Delaware N.A.

Date: 02/23/2004

*****139,352.84

CHECK VALID SIX MONTHS FROM DATE OF ISSUE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

Will Pay,
The Sum Of: ONE HUNDRED THIRTY NINE THOUSAND THREE HUNDRED FIFTY TWO AND 84/100 Dollars

EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

⑆300081627⑆ ⑈031100225⑈ 20799500506479⑆

**Notice:** The powers granted by this document are broad and sweeping. They are defined in Connecticut Statutory Short Form Power of Attorney Act, Sections 1-42 to 1-56, inclusive, of the general statutes, which expressly permits the use of any other or different form of power of attorney desired by the parties concerned.

**Know All Men by These Presents**, which are intended to constitute a GENERAL POWER OF ATTORNEY pursuant to Connecticut Statutory Short Form Power of Attorney Act:

That I  Edward W. Orr of 456 Atwater Street, Plantsville, Connecticut
(insert name and address of the principal)

do hereby appoint  Darlene Orr of 456 Atwater Street, Plantsville, Connecticut
(insert name and address of the agent, or each agent, if more than one is designated)

my attorney(s)-in-fact TO ACT

If more than one agent is designated and the principal wishes each agent alone to be able to exercise the power conferred, insert in this blank the word "severally". Failure to make any insertion or the insertion of the word "jointly" will require the agents to act jointly.

**First:** In my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in the Connecticut Statutory Short Form Power of Attorney Act to the extent that I am permitted by law to act through an agent:

[Strike out and initial in the opposite box any one or more of the subdivisions as to which the principal does NOT desire to give the agent authority. Such elimination of any one or more of subdivisions (A) to (L), inclusive, shall automatically constitute an elimination also of subdivision (M).]

To strike out any subdivision the principal must draw a line through the text of that subdivision AND write his initials in the box opposite.

- (A) real estate transactions;  [ ]
- (B) chattel and goods transactions;  [ ]
- (C) bond, share and commodity transactions;  [ ]
- (D) banking transactions;  [ ]
- (E) business operating transactions;  [ ]
- (F) insurance transactions;  [ ]
- (G) estate transactions;  [ ]
- (H) claims and litigations;  [ ]
- (I) personal relationships and affairs;  [ ]
- (J) benefits from military service;  [ ]
- (K) records, reports and statements;  [ ]
- (L) health care decisions;  [ ]
- (M) all other matters;  [ ]

**Second:** with full and unqualified authority to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select.

**Third:** Hereby ratifying and confirming all that said attorney(s) or substitute(s) do or cause to be done.

**Fourth:** To induce any third Party to act hereunder, I hereby agree that any third Party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.

This power of attorney shall not be affected by the subsequent disability or incompetence of the principal.

**In Witness Whereof**, I have hereunto signed my name and affixed my seal this 5 day of June, 1976.

Witnessed by:
_[signature]_
_[signature]_

_Edward W. Orr_ (Signature of Principal) .............(Seal)

STATE OF CONNECTICUT,
COUNTY OF HARTFORD } ss.: Southington    June 5    1976

Personally appeared  Edward W. Orr, _____ Signer and Sealer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me,

_[signature]_ Notary Public
Commissioner of the Superior Court

## RELIANCE STANDARD
Life Insurance Company
a DELPHI company

Administrative Office:
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

INSURED: ORR,EDWARD,W
CLAIM NUMBER: 1999-246-018
BYK-CHEMIE USA DIVISION OF ATLANTA

Wachovia Bank
of Delaware N.A.

62-22
311

Check No. **3000826533**

Will Pay The Sum Of: **THREE THOUSAND FOUR HUNDRED FORTY AND 92/100 Dollars**

Date: 03/16/2004

*******3,440.92

CHECK VALID SIX MONTHS FROM DATE OF ISSUE.

EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

*Thomas Burghart*
AUTHORIZED SIGNATURE

*Laurence E Daniell*
AUTHORIZED SIGNATURE

EXPLANATION OF ADDITIONAL SECURITY FEATURES INDICATED ON REVERSE SIDE

⑈3000826533⑈ ⑆031100225⑆ 207995005064 7⑈

---

## RELIANCE STANDARD
Life Insurance Company
a DELPHI company

Check No. **3000826533**

GROUP NUMBER:  LSC0098380-    BYK-CHEMIE USA DIVISION OF ATL    EXAMINER: PAT4
                                                                INCURRED DATE:  06/26/1999
CLAIM NUMBER:  1999-246-018   SERVICE FROM:  02/24/2004  TO: 03/24/2004

DESCRIPTION OF PAYMENT                      WAGE BASE                        AMOUNT PAID

GROSS BENEFIT - DISABILITY                                                     $4,966.92
APPROVED PRIMARY SOCIAL SECURI                                                 $1,526.00
              TOTALS                                                           $3,440.92

EXPLANATION OF BENEFITS

    010   BENEFITS ARE PAID AT THE END OF THE MONTHLY BENEFIT PERIOD
    045   WHEN INQUIRING ABOUT YOUR FILE PLEASE HAVE YOUR CLAIM NUMBER
          AVAILABLE.

MAIL TO:
EDWARD W ORR
145 GREYSTONE DRIVE
PLANTSVILLE CT 06479

