IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 31  P 12: 13

EDWARD W. ORR  :  CIVIL ACTION

U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.  :  No.:  302CV1457 (SRU)

RELIANCE STANDARD LIFE  :
INSURANCE COMPANY  :

## MOTION FOR EXTENSION OF TIME

NOW COMES THE Defendant, Reliance Standard Life Insurance Company

("Reliance Standard") and moves, pursuant to the applicable Federal and Local Rules of

Civil Procedure for a thirty (30) day extension of time to respond to the plaintiff's motion

for a permanent injunction.

In support thereof, the following is asserted:

1)    Plaintiff's motion, supporting memoranda and exhibits were filed with the

Court on March 25, 2004[1]. The motion is 25 pages, the memo 39 pages

and the exhibits exceed 4,200 pages.   In accordance with Local Rule

9(a)(1), defendant has twenty-one (21) days to respond. Thus, the response

is due on or before April 15, 2004.

2)    Counsel for defendant, Joshua Bachrach, Esq.'s wife gave birth to their

son on March 22, 2004, prematurely, and time is needed to tend

to personal needs.

3)    Some of the exhibits are dated as late as January 2004 and defense counsel

has not seen them before.  Additional time is needed to review this

---

[1] It was not received by defense counsel until March 29, 2004.

957176 v.1

voluminous filing, and "new materials", perform research and prepare a response. In addition, Counsel has briefs due for the 9th Circuit Court of Appeals on April 2, 2004 and for the 5th Circuit on April 12, 2004.

4)    As the Court may recall, the filing and consideration of the plaintiff's motion for a permanent injunction does not affect the agreement of the parties that payment of benefits from Reliance to Edward Orr will continue.

THEREFORE, the defendant, Reliance Standard Life Insurance Company respectfully requests that the Court allow a thirty day (30) day extension to file its opposition to plaintiff's motion for a permanent injunction and thus, the response would be due on or before May 15, 2004.

Respectfully submitted,
Reliance Standard Life
Insurance Company
By its attorney,

Gary N. Stewart, Esq. (CT 15177)
Rawle & Henderson LLP
25 North Front Street
Harrisburg, PA 17101
(717) 234-7700
FAX:  (717) 234-7710

### Certification Pursuant to Local Rule 9 (3)

The undersigned hereby certifies that he has inquired of opposing counsel, A. Alan Sheffy, Esq. and Attorney Sheffy advises that he does not object to the extension of time.

This is the first time an extension of time has been requested regarding the filing of this pleading.

Gary N. Stewart

957176 v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading was forwarded by First Class Mail, postage prepaid on March 29 , 2004 to:

A. Alan Sheffy, Esq.
Sheffy & Mazzaccaro, LLP
35 North Main Street
Southington, CT 06489

Gary N. Stewart