IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 31  P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| EDWARD W. ORR | : | CIVIL ACTION |
| v. | : | No.: 302CV1457 (SRU) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : | |

## MOTION FOR EXTENSION OF TIME

NOW COMES THE Defendant, Reliance Standard Life Insurance Company ("Reliance Standard") and moves, pursuant to the applicable Federal and Local Rules of Civil Procedure for a thirty (30) day extension of time to respond to the plaintiff's motion for a permanent injunction.

In support thereof, the following is asserted:

1) Plaintiff's motion, supporting memoranda and exhibits were filed with the Court on March 25, 2004[1]. The motion is 25 pages, the memo 39 pages and the exhibits exceed 4,200 pages. In accordance with Local Rule 9(a)(1), defendant has twenty-one (21) days to respond. Thus, the response is due on or before April 15, 2004.

2) Counsel for defendant, Joshua Bachrach, Esq.'s wife gave birth to their son on March 22, 2004, prematurely, and time is needed to tend to personal needs.

3) Some of the exhibits are dated as late as January 2004 and defense counsel has not seen them before. Additional time is needed to review this

---

[1] It was not received by defense counsel until March 29, 2004.

957176 v.1