UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

May 6, 2004

11:00 a.m.



CASE NO. **3:02cv1457    Orr v Reliance**

A. Alan Sheffy
Rosenblatt & Sheffy
35 N. Main St.
Southington, CT 06489

Gary N. Stewart
Rawle & Henderson
25 N. Front St.
Harrisburg, PA 17101

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK