The Law Offices of
# Sheffy & Mazzaccaro, L.L.P.
35 North Main Street
Southington, CT 06489
Phone: 860-620-9460
Fax:    860-620-9348
Real Estate Fax: 860-620-1978

**FILED**

2004 MAY -6  A 11: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

A. Alan Sheffy
Joseph A. Mazzaccaro

Of Counsel
John H. Kiefel†

Robert J. Dunne

† Also admitted in
Pennsylvania

April 27, 2004

Honorable Stefan Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:    **Edward W. Orr v. Reliance Standard Life Insurance Company**
           **C. A. No. 3:02 CV 1457 (SRU)**

Dear Judge Underhill:

    The purpose of this letter is to request an immediate status conference. As you are aware, there is presently pending before you in this case a Motion for Permanent Injunction filed by the plaintiff, Mr. Edward Orr. The motion seeks a permanent injunction restraining the defendant in this case, Reliance, from further examination of Mr. Orr and/or termination of Mr. Orr's long term disability benefits. Based upon the past dealings of Reliance, Mr. Orr has sought the continuing jurisdiction of this Court to prevent further economic and personal injury to Mr. Orr which might be caused by Reliance's attempts to terminate Mr. Orr's long term disability benefits.

    Importantly, Reliance has now sought, during the pendency of this Motion, to begin a process which appears to be designed to evaluate and terminate Mr. Orr from long term disability benefits as of September 6, 2004. This is exactly the type of injury and harm which Mr. Orr sought to address through the permanent injunction.

    At this time, we believe that it is necessary (1) to address the timing of the defendant's response to Mr. Orr's Motion for Injunction in light of Reliance's attempt to press their apparent

contractual rights during the pendency of this lawsuit; (2) to discuss whether this Court will address the issue of future benefits to Mr. Orr and (3) whether or not Reliance should be allowed to take any action adverse to Mr. Orr while the Court is sitting as a substitute administrator on this claim.

Thank you for your consideration.

Very truly yours,

A. Alan Sheffy

AAS:kjs
Enclosure

cc:   Attorney Gary Stewart
      Mr. Edward Orr

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

April 6, 2004

Edward Orr
c/o Sheffy & Mazzaccaro, LLP
35 North Main Street
Southington, CT 06489

RE: Claim No.: 1999-246-018
    Policy No.: LSC 98380

Dear Mr. Orr:

We are writing with regard to your Long Term Disability Benefits with Reliance Standard Life Insurance Company.

In order to be eligible for Long Term Disability Benefits beyond 60 months you must be Totally Disabled from performing the material duties of "any occupation."

Since you first became entitled to benefits on 9-24-99, you will have received 60 months of benefits with our payment to you to 9-24-04. As of this date the group policy requires that you be disabled from performing the material duties of any occupation given your medical condition and vocational background.

We are reviewing your claim because of the change in the definition of disability. To determine if you remain eligible for continued benefits, we must evaluate your ability to perform another occupation. Our review will analyze the medical and vocational information available to us and will consider, among other things:

- Your medical condition and how it limits your ability to perform any occupation;
- The skills and knowledge you possess from your education and past work experience;
- Your prior occupations; and
- Jobs you can perform based on your vocational and physical abilities.

If you have any medical information or vocational information that you would like us to consider in making our decision, please let us know. You will receive a monthly benefit until we complete our determination. However, this should not be construed as our acceptance of your disability from any occupation or your continued eligibility for benefits. You will be notified when we complete our evaluation.

a **DELPHI** company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

It is also important that you notify us if you return to work of any kind, including self-employment activities, as your benefits may be effected. Failure to notify us could result in the overpayment of your benefits that would require your prompt reimbursement.

Please complete the enclosed "Disability Review Questionnaire" and return to us promptly. You will be notified when a final determination is made.

Should you have any questions regarding this evaluation, please contact me at 1-800-351-7500, ext 3988.

Sincerely,

*Tom Tucker*
Tom Tucker, Examiner
Group LTD Claims Department

a **DELPHI** company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

**CLAIMANT: EDWARD ORR**

## DISABILITY REVIEW QUESTIONNAIRE

**ACTIVITIES**

A. What are your current daily activities?

B. Do you do your own housework, cooking, yard work, babysitting and driving?

C. What hobbies do you currently enjoy?

**FINANCIAL**

A. Has there been any change in your income or benefits (social security, worker's compensation, pension/retirement, etc.)

B. Are you receiving income from any other sources?     If so, please indicate the sources and monthly amounts.

**EMPLOYABILITY/REHABILITATION**

A. Has there been any change in your employment status?

B. Are you interested in becoming retrained?     If so, please elaborate.

**MEDICAL**

A. If you have been hospitalized in the past year please provide the hospital name, address and date of admission.

B. What conditions are currently preventing your return to work?

C. What are your current restrictions and limitations?

D. Please provide the details of any treatment or surgery being considered.

a *DELPHI* company

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

E.   Please list the complete names and **complete** addresses of your current physicians.

I hereby certify that the above answers and statements hereon and attached are, to the best of my belief, accurate.

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, misleading, incomplete or deceptive information commits a fraudulent insurance act which is a crime. These actions will result in the denial of the claim and are subject to prosecution under state and/or federal law.

To all physicians and other health care professionals, hospitals and other health care institutions, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the accompanying regulations.

You are authorized to provide Reliance Standard Life Insurance Company with information concerning medical care, advice and/or treatment provided to me. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.
I understand that any such information will be used for the purpose of evaluation my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this shall be considered as valid as the original.

**SIGNATURE** _____ **DATE** _____

**PHONE NO. (** _____ **)** _____

**RELIANCE STANDARD LIFE INSURANCE COMPANY**
**P.O. BOX 8330, PHILADELPHIA, PA 19101-8330**

a **DELPHI** company