# RAWLE & HENDERSON LLP



JOSHUA BACHRACH
215-575-4261
jbachrach@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

**FILED**

2004 MAY -6  A 11: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

April 14, 2004

The Honorable Stefan Underhill
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

> Re:    **Edward Orr v. Reliance Standard Life Insurance Company**
> **Civil Case No. 3:02 CV 1457 (SRU)**
> **Our File No. 439,949**

Dear Judge Underhill:

We are in receipt of Mr. Sheffy's letter to the court dated March 22, 2004, enclosing certain documents. While we plan on addressing these issues in our response to plaintiff's motion, we feel compelled to write to you at this time concerning the malicious and incorrect statements from Mr. Sheffy that Reliance Standard has "bounced" benefit checks.

Enclosed you will find an Account Summary for Reliance Standard. The documentation, including the canceled check, show that the check was deposited by Mr. Orr on March 3, 2004 and the check cleared Fleet Bank the following day. Coincidentally, the undersigned telephoned the individual who signed the report from Fleet Bank to ask about the information contained in it. The Fleet Bank representative, whose name and telephone number appear on the report, stated that she merely signed the document and that she had no information regarding the detail. As this court is probably aware, banks typically withhold funds on out-of-state checks for several days. This is apparently what was done by Fleet Bank. Any delay, however, was not the fault of Reliance Standard.

Finally, counsel for plaintiff states that Reliance Standard's next check was "grossly incorrect" but fails to state why. Upon receipt of Mr. Sheffy's letter, Reliance Standard reviewed the check detail and learned that it is in an incorrect amount. However, Reliance Standard actually paid too much to Mr. Orr. While the amount is not that much, there is simply no reason why Mr. Orr cannot cash the check. Nor did Mr. Sheffy even advise the undersigned that there was a question as to the benefit amount. This court obviously has more important things to do than to become a Reliance Standard Claim Examiner. In any event, we will be providing Mr. Sheffy with

965915 v.1

PHILADELPHIA, PA     MEDIA, PA     PITTSBURGH, PA     MARLTON, NJ     NEW YORK, NY     WILMINGTON, DE

RAWLE &HENDERSON LLP

The Honorable Stefan Underhill
April 14, 2004
Page 2


information regarding the calculation of benefits and copies will be sent to the court in our responsive pleading.

Very truly yours,

RAWLE & HENDERSON LLP

By:

Joshua Bachrach

JB/sdk

cc:     Alan Sheffy, Esquire

Enclosures

965915 v.1

# *WEBInVision*

WPDD00 2

## WACHOVIA BANK N.A.
## INFORMATION REPORTING SERVICE

### ACCOUNT SUMMARY AND DETAIL FOR
### RELIANCE STANDARD LIFE

For data from Thursday March 4, 2004

| ACCOUNT NUMBER | 002079950050647 | ACCOUNT NAME | RSL CLAIMS ACCOUNT |
|---|---|---|---|

### BALANCES

```
LEDGER BALANCE       :              .00
COLLECTED BALANCE    :              .00
 AVAILABLE BALANCE   :              .00
TOTAL CREDITS        :     2,191,436.70
TOTAL DEBITS         :     2,191,436.70
 ONE DAY FLOAT       :              .00
TWO DAY FLOAT        :              .00
OVER TWO DAY FLOAT   :              .00
 TOTAL FLOAT         :              .00
INVESTED FUNDS       :
```

### DETAILS

| CREDIT | SERIAL NUMBER | D ESCRIPTION |
|---|---|---|
| 179.10 | 00000000000 | POSTIN G EQUALS NOTIFICATION ADJUST |
| 120.90 | 00000000000 | ZBA TR ANSFER FROM 2100011671368 |
| 2,191,136.70 | 00000000000 | ZBA TR ANSFER FROM 2100011671368 |

| DEBIT | SERIAL NUMBER | D ESCRIPTION |
|---|---|---|
| 300.00 | 00000000000 | POSTIN G EQUAL NOTIFICATION REVERSAL |
| .00 | 01360883760 | AUTOMA TED DEBIT   RELIANCE STD LIF AG |
| .00 | 01360883760 | AUTOMA TED DEBIT   RELIANCE STD INS LI |
| 139,352.84 | 03000816279 | CHECK |
| 98,000.00 | 07000028283 | CHECK |

**WACHOVIA**   **WEBINVISION**     Corporate Information | Contact us

↓ HOME

↓ CORPORATE AND INSTITUTIONAL

↓ CASH MANAGEMENT

↓ WEBInVision

Customer Menu

Quick Reference Guide

Help

Support

Logoff

# Transaction Search Data

Transaction Search Account: 2079950050647

| | Posting Date | Serial Number | Amount | Description |
|---|---|---|---|---|
| 1 | 03/04/2004 | 03000816279 | $139,352.84 | CHECK |

**INVISION HAS COMPLETED YOUR REPORT ... PLEASE CONTACT YOUR WACHOVIA REPRESENTATIVE IF YOU REQUIRE ADDITIONAL ASSISTANCE.**

Next Search             Back to Customer Menu

Privacy | © Legal Information | Security

| Account | Amount | Date | Check # |
|---|---|---|---|
| 00000207995005064 | 7$139,352.84 | 20040304 | 003000816279 |



Wachovia Corporation certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Corporation or its predecessors.