IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED
2004 MAY 14 A 10: 49
U.S. DISTRICT COURT

| | | |
|---|---|---|
| EDWARD W. ORR | : | CIVIL ACTION |
| | : | |
| | : | No.: 3:02CV01457(SRU) |
| v. | : | |
| | : | |
| RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR INJUNCTIVE RELIEF**

Defendant Reliance Standard Life Insurance Company hereby opposes plaintiff's motion for injunctive relief as follows:

1. Denied. See report of Andrew Carollo, M.D., a copy of which is attached as Exhibit "B".

2. It is admitted only that plaintiff seeks the relief requested in the motion. It is denied that plaintiff is entitled to any relief. With respect to the remaining averments in this paragraph, it is admitted only that the language quoted in these paragraphs appear in the reports that plaintiff included with his motion. Defendant denies that plaintiff suffers from a number of these conditions and further avers that many of these are not actual diagnoses at all.

3. Denied.

4. Denied as stated as plaintiff hass not quoted from the document.

5. Denied as stated.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

982461 v.1

10. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

11. Denied as stated. It is admitted only that money damages are not available.

12. It is denied that plaintiff is entitled to the injunctive relief that he request.

13. Denied.

14. Denied as stated. The long term disability policy is a contract, the terms and conditions of which speak for themselves.

15. Admitted. By way of further answer, it is denied that defendant would endanger the life of Mr. Orr by having him examined or asking him questions.

16. (a)-(h). Denied as stated.

17. Denied. Admits only that the exhibits identified in this paragraph are attached. The allegations in this paragraph are denied, however.

18. Admitted in part and denied in part. It is admitted only that plaintiff seeks the relief requested in this motion, it is denied that plaintiff is entitled to any relief.

19. Denied as stated. By way of further answer, the Second Circuit has held that it is improper for a district court to retain jurisdiction when there is no case or controversy. *See Jones v. UNUM Life Ins. Co. of Am.*, 223 F.3d 130, 140-41 (2nd Cir. 2000). *See also Peterson v. Continental Cas. Co.*, 282 F.3d 112, 117-118 (2nd Cir. 2002).

20. Denied as stated. It is admitted only that plaintiff seeks injunctive relief. It is denied that plaintiff is entitled to any relief.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: *Gary N. Stewart*
Gary N. Stewart, Esquire
(I.D. No. CT 15177)
25 N. Front Street, 1st Floor
Harrisburg, PA 17101
717-234-7700

982461 v.1

3