IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
2004 MAY 14 A 11: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

EDWARD W. ORR
    Plaintiff

v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY
    Defendant

CIVIL ACTION
No.: 302CV1457 (SRU)

## VERIFIED MOTION TO APPEAR PRO HAC VICE

Comes now Joshua Bachrach, Esquire, does hereby respectfully move this Honorable Court for leave to appear *pro hac vice* as counsel for Defendant in the above-captioned case. In support of this motion, Mr. Bachrach would show the following:

1.    Mr. Bachrach is a partner with the law firm of Rawle & Henderson, LLP. His office address is The Widener Building, One South Penn Square, Philadelphia, PA 19107. His residence address is 12 Persimmon Drive, Sewell, New Jersey 08080

2.    Mr. Bachrach is duly licensed to practice law in the States of Pennsylvania and New Jersey since 1993 and has been admitted to practice in the following courts:

| Court | Date Admitted |
|---|---|
| Commonwealth of Pennsylvania: | Admission: 1993 |
| State of New Jersey: | Admission: 1993 |
| U.S. District Court for the Eastern District of Pennsylvania: | Admission: 1994 |
| U.S. District Court for the District of New Jersey: | Admission: 1994 |
| U.S. District Court for the District of Colorado: | Admission: 1999 |
| U.S. District Court for the District of Arizona: | Admission: 1999 |
| U.S. District Court for the Southern District of New York: | Admission: 1999 |
| U.S. District Court for the Eastern District of New York: | Admission: 1999 |
| U.S. District Court for the Northern District of New York: | Admission: 2001 |
| U.S. District Court for the Western District of Michigan: | Admission: 2000 |

980313 v.1

| | |
|---|---|
| U.S. District Court for the District of North Dakota: | Admission: 2001 |
| U.S. District Court for the Western District of New York: | Admission: 2001 |
| U.S.C.A. First Circuit: | Admission: 2003 |
| U.S.C.A. Second Circuit: | Admission: 2000 |
| U.S.C.A. Third Circuit: | Admission: 1995 |
| U.S.C.A. Fourth Circuit: | Admission: 1999 |
| U.S.C.A. Fifth Circuit: | Admission: 2000 |
| U.S.C.A. Sixth Circuit: | Admission: 1999 |
| U.S.C.A. Seventh Circuit: | Admission: 2001 |
| U.S.C.A. Eighth Circuit: | Admission: 1999 |
| U.S.C.A. Ninth Circuit: | Admission: 2001 |
| U.S.C.A. Tenth Circuit: | Admission: 1999 |
| U.S.C.A. Eleventh Circuit: | Admission: 2000 |
| Supreme Court of the U.S.: | Admission: 2001 |

3.  Mr. Bachrach is not currently, and has never been, suspended or disbarred by any court, nor has he ever been held in contempt by any court or reprimanded in any manner by any state bar, bar association, or court.

4.  Mr. Bachrach is National Counsel for the defendant who has requested that he represent it in this matter.

5.  Counsel for Plaintiff has assented to the request for admission *pro hac vice*.

WHEREFORE, Joshua Bachrach respectfully requests that this Honorable Court grant him leave to appear *pro hac vice* as counsel for Defendant in this case.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
Gary N. Stewart, Esquire
(I.D. No. CT 15177)
25 N. Front Street, 1st Floor
Harrisburg, PA   17101
717-234-7700
FAX:  717-234-7710

### Rule 7.1 Certification

The undersigned hereby certifies that he has conferred with opposing counsel, A. Alan Sheffy, Esquire and Attorney Sheffy advised that he consents.  (See copy of facsimile attached hereto).

_____
Gary N. Stewart

AFFIDAVIT OF JOSHUA BACHRACH

STATE OF PENNSYLVANIA )
) 
COUNTY OF PHILADELPHIA )

I, Joshua Bachrach, being duly sworn, state and allege as follows:

1. I am a member in good standing with the bar of the States of Pennsylvania and New Jersey and am admitted to practice law in the following courts:

| **Court** | **Date Admitted** |
|---|---|
| Commonwealth of Pennsylvania: | Admission: 1993 |
| State of New Jersey: | Admission: 1993 |
| U.S. District Court for the Eastern District of Pennsylvania: | Admission: 1994 |
| U.S. District Court for the District of New Jersey: | Admission: 1994 |
| U.S. District Court for the District of Colorado: | Admission: 1999 |
| U.S. District Court for the District of Arizona: | Admission: 1999 |
| U.S. District Court for the Southern District of New York: | Admission: 1999 |
| U.S. District Court for the Eastern District of New York: | Admission: 1999 |
| U.S. District Court for the Northern District of New York: | Admission: 2001 |
| U.S. District Court for the Western District of Michigan: | Admission: 2000 |
| U.S. District Court for the District of North Dakota: | Admission: 2001 |
| U.S. District Court for the Western District of New York: | Admission: 2001 |
| U.S.C.A. First Circuit: | Admission: 2003 |
| U.S.C.A. Second Circuit: | Admission: 2000 |
| U.S.C.A. Third Circuit: | Admission: 1995 |
| U.S.C.A. Fourth Circuit: | Admission: 1999 |

| | |
|---|---|
| U.S.C.A. Fifth Circuit: | Admission: 2000 |
| U.S.C.A. Sixth Circuit: | Admission: 1999 |
| U.S.C.A. Seventh Circuit: | Admission: 2001 |
| U.S.C.A. Eighth Circuit: | Admission: 1999 |
| U.S.C.A. Ninth Circuit: | Admission: 2001 |
| U.S.C.A. Tenth Circuit: | Admission: 1999 |
| U.S.C.A. Eleventh Circuit: | Admission: 2000 |
| Supreme Court of the U.S.: | Admission: 2001 |

2. I am not currently under suspension or subject to other disciplinary action and have never been suspended or disbarred by any court, nor have I ever been held in contempt by any court or reprimanded in any manner by any state bar, bar association, or court.

3. I have been requested by the defendant, Reliance Standard Life Insurance Company to represent it in this action and request admission to practice before this Court.

4. I have obtained and am familiar with the local rules of this Court.

FURTHER AFFIANT SAITH NOT.

_____
JOSHUA BACHRACH (PA 68788)


SWORN TO AND SUBSCRIBED before me this 7th day of May, 2004.

_____
NOTARY PUBLIC

Notarial Seal
Shirley Ardron Kolesar, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires December 20, 2005
Member, Pennsylvania Association Of Notaries

980313 v.1

7

May 07 04 01:16p    sheffy and mazzaccaro    8606209348    p.2
Case 3:02-cv-01457-SRU    Document 43    Filed 05/14/2004    Page 6 of 8
May 07 04 01:32p    Rawle & Henderson LLP    717-234-7710    p.2

# RAWLE & HENDERSON LLP



GARY N. STEWART
717-234 7730
gstewart@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

25 N. FRONT STREET
FIRST FLOOR
HARRISBURG, PA 17101

TELEPHONE:(717) 234-7700
FACSIMILE:(717) 234-7710

May 7, 2004

December 23, 2003

**VIA TELEFAX: 860 620 9348**

A. Alan Sheffy, Esquire
Sheffy & Mazzaccaro LLP
35 North Main Street
Southington, CT 06489

    Re:    **Orr v. Reliance Standard Life Insurance Company**
             **Our File No. 439,949**

Dear Mr. Sheffy:

Please be advised that we plan to file a motion for the pro hac vice admission of Joshua Bachrach. Please advise, at your earliest opportunity, whether you will consent.

Thank you for your prompt attention and I look forward to hearing from you.

Very truly yours,

RAWLE & HENDERSON LLP

By: _____
    Gary N. Stewart

GNS/mms

OK
Alan

980297 v.1

PHILADELPHIA, PA     MEDIA, PA     PITTSBURGH, PA     MARLTON, NJ     NEW YORK, NY     WILMINGTON, DE

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD W. ORR<br>        Plaintiff | :    CIVIL ACTION<br>:<br>:    No.:   302CV1457 (SRU) |
| v. | : |
| RELIANCE STANDARD LIFE<br>INSURANCE COMPANY<br>        Defendant | :<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing document has been forwarded to attorneys for plaintiff, by fax, this /0 day of _May_, 2004.

        A. Alan Sheffy, Esquire
        Sheffy & Mazzaccaro LLP
        35 North Main Street
        Southington, CT  06489

_____

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD W. ORR Plaintiff | : CIVIL ACTION |
| | : |
| v. | : No.:   302CV1457 (SRU) |
| | : |
| RELIANCE STANDARD LIFE INSURANCE COMPANY Defendant | : |

### ORDER TO APPEAR PRO HAC VICE

It is hereby ORDERED, upon good cause shown, that Joshua Bachrach, Esquire is admitted *pro hac vice* to practice in this district.

It is so ORDERED this ____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

980313 v.1