# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

EDWARD W. ORR

   V.

RELIANCE STANDARD LIFE
INSURANCE COMPANY

**APPEARANCE**

CASE NUMBER: 302CV1457 (SRU)

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for: Defendant, Reliance Standard Life Insurance Company.

FILED 2004 JUN 25 P 12: 06 U.S. DISTRICT COURT BRIDGEPORT, CONN

---

June 22, 2004
Date

ct22746
Connecticut Federal Bar Number

215-575-4261
Telephone Number

215-563-2583
Fax Number

jbachrach@rawle.com
E-mail address

_(signature)_
Signature

Joshua Bachrach
Print Clearly or Type Name

Rawle & Henderson, LLP
~~The Widener Building~~
One South Penn Square, 16th Fl.
Philadelphia, PA  19107
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

A. Alan Sheffy, Esquire
Sheffy & Mazzaccaro LLP
35 North Main Street
Southington, CT  06489

Gary N. Stewart, Esquire
Rawle & Henderson LLP
25 N. Front Street, 1st Floor
Harrisburg, PA  17101

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)