UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD W. ORR

v                3:02CV1457 (SRU)

RELIANCE STANDARD LIFE INSURANCE

## JUDGMENT

This matter came on for consideration before the Honorable Stefan R. Underhill, United States District Judge as a result of plaintiff's request for injunctive relief.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on February 22, 2005, the motion was denied in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of February 2005.

                      KEVIN F. ROWE, Clerk

                      By   /s/ Alice Montz
                          Deputy Clerk

Entered on Docket _____